FILED
2025 Oct-22  PM 01:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/WLG: October 2025
BHM GJ# 18

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | |
| **LILLIAN JAYNE COLBURN AND** | ) | |
| **MERCUTIO TERRELL SOUTHALL** | ) | |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE:
### *Arson*
### [18 U.S.C. §§ 844(i) & 2]

On or about August 22, 2025, in Jefferson County, within the Northern District of Alabama, the defendants,

### LILLIAN JAYNE COLBURN
### &
### MERCUTIO TERRELL SOUTHALL,

each aided and abetted by the other, and others known and unknown to the grand jury, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and other real and personal property used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, to wit: the Walmart Supercenter store located at 209 Lakeshore Pkwy,

Homewood, Alabama 35209, and store merchandise, all in violation of Title 18,

United States Code, Sections 844(i) and 2.

A TRUE BILL

*/s/ electronic signature*_____
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/ electronic signature*_____
W. LEE GILMER
Assistant United States Attorney