# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.** |
| ) | |
| **LILLIAN JAYNE COLBURN AND** ) | |
| **MERCUTIO TERRELL SOUTHALL** ) | |

## MOTION TO SEAL INDICTMENT

The United States respectfully requests that the Court seal the indictment returned by the grand jury in the above-styled case.

The basis for this request is that the United States has asked for a warrant for the Defendants' arrest. To ensure officer safety and the timely arrest of the Defendants, the United States moves this Court to:

(1) Seal the indictment returned against the Defendants until they are both arrested;

(2) Authorize the United States Marshals Service to provide to the investigating agency the documentation necessary to effect and secure the Defendants' arrest; and

(3) Authorize the investigating agency that obtained the arrest warrant to enter the arrest warrant into NCIC itself, or, if the investigating agency delegates apprehension authority to the United States Marshals

Service, authorize the United States Marshals Service to enter the arrest warrant into NCIC, to aid in apprehending the Defendants.

The United States further requests that upon the arrest of the Defendants, the U.S. Attorney's office shall notify by email the Criminal Help Desk in the office of the Clerk of Court and the indictment shall be automatically partially UNSEALED as to that defendant, or both, without further request from the United States.

Respectfully submitted this the 21st day of October, 2025

                               PRIM F. ESCALONA
                               United States Attorney

                               */s/ Electronic Signature*
                               W. Lee Gilmer
                               Assistant United States Attorney