PFE/WLG: NOV 2025
BHM GJ# 31

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| **LILLIAN JAYNE COLBURN AND** | ) | SUPERSEDING |
| **MERCUTIO TERRELL SOUTHALL** | ) | |

## <u>INDICTMENT</u>

The Grand Jury charges that:

### <u>COUNT ONE:</u>
*Arson*
**[18 U.S.C. §§ 844(i) & 2]**

On or about August 22, 2025, in Jefferson County, within the Northern District of Alabama, the defendants,

**LILLIAN JAYNE COLBURN**
**&**
**MERCUTIO TERRELL SOUTHALL**,

each aided and abetted by the other, and others known and unknown to the grand jury, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and other real and personal property used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, to wit: the Walmart Supercenter store located at 209 Lakeshore Pkwy, Homewood, Alabama 35209, and store merchandise, all in violation of Title 18,

1

United States Code, Sections 844(i) and 2.

## COUNT TWO:
*Providing Material Support to Terrorists*
**[18 U.S.C. § 2339A]**

On or about August 21, 2025 through August 28, 2025, in Jefferson County, within the Northern District of Alabama, the defendants,

**LILLIAN JAYNE COLBURN
&
MERCUTIO TERRELL SOUTHALL**,

did knowingly conspire, with themselves and others known and unknown to the grand jury, to provide material support and resources, including, but not limited to personnel (including themselves), knowing and intending that they were to be used in preparation for, and in carrying out, a violation of Title 18 U.S.C. § 844(i) to wit: the arson at Walmart Supercenter store located at 209 Lakeshore Pkwy, Homewood, Alabama, and in the concealment of an escape from the commission of

such violation, all in violation of Title 18 U.S.C. § 2339A.

A TRUE BILL


*/s/ Electronic Signature*_____
FOREPERSON OF THE GRAND JURY

                                               PRIM F. ESCALONA
                                               United States Attorney


                                               */s/ Electronic Signature*_____
                                               W. LEE GILMER
                                               Assistant United States Attorney