IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Case No: 2:25-cr-580-AMM-SGC |
| | ) |
| LILLIAN JAYNE COLBURN | ) |

## MOTION TO REOPEN DETENTION HEARING

Lillian Jayne Colburn, through undersigned counsel, moves this Honorable Court to reopen her detention hearing, pursuant to 18 U.S.C. § 3142(f).  In support, Ms. Colburn states:

1. On October 22, 2025, Ms. Colburn was arraigned on an indictment charging her with one count of arson, in violation of 18 U.S.C. §§ 841(i) and (2), with the alleged offense date being August 22, 2025.  (Doc. 1.)

2. The government filed a superseding indictment on November 19, 2025, adding a count of providing material support to terrorists, in violation of 18 U.S.C. § 2339A.  (Doc. 17.)  Ms. Colburn was arraigned on the superseding indictment on December 4, 2025, pursuant to a filed waiver of personal appearance at arraignment.  (Doc. 20.)

3. This Court conducted a detention hearing on October 27, 2025, after Ms. Colburn's arraignment on the original indictment.  At the hearing, defense counsel proposed Ms. Colburn's father as third-party custodian.  The Court ordered Ms. Colburn detained, expressing concerns regarding her lack of mental health treatment and indicating a willingness to reconsider release if Ms. Colburn's mental health were to stabilize.  (Doc. 13.)

4. Ms. Colburn has been receiving mental health treatment while in custody, and the Federal Public Defender's Office is working to establish a continuing care plan for her if she is released.

5. Ms. Colburn submits that the conditions of continued mental health treatment, location monitoring and home detention, and her father serving as third-party custodian, along with any other conditions the Court elects to impose, are sufficient to protect the public and reasonably assure her appearance in court.

Accordingly, Ms. Colburn respectfully requests that this Court reopen the detention hearing and release her on bond pending the outcome of these proceedings.

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender

**/s/Katherine P. Bounds**
Katherine P. Bounds
Assistant Federal Public Defender
Office of the Federal Public Defender
Northern District of Alabama
505 20th Street, North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170
Kate_Bounds@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

Respectfully submitted,

**/s/Katherine P. Bounds**
Assistant Federal Public Defender