**United States v. Lillian Jayne Colburn**    Case Number: 2:25-cr-580-AMM-SGC

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS - DEFENSE (D#) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DEFENDANT – Lillian Jayne Colburn |
| | | | | | | | | | | COUNSEL FOR THE DEFENDANT - Kate Bounds, James T. Gibson, Courtney Murtha |
| | | | | | | | | | | GOVERNMENT COUNSEL - Lee Gilmer |
| | | | | | | | | | | COURT - Hon. Staci G. Cornelius |
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1 | 3/6/26 | | | | | | | 3/6/26 | Etowah County Jail Medical Records 1/8/2026 Under Seal |
| | 2 | 3/6/26 | | | | | | | 3/6/26 | Etowah County Jail Medical Records 3/2/2026 Under Seal |
| | 3 | 3/6/26 | | | | | | | 3/6/26 | Etowah County Jail Medication List March 2026 |
| | 4 | 3/6/26 | | | | | | | 3/6/26 | Christ Health Center brochure |
| | 5 | | | | | | | | | |
| | 6 | | | | | | | | | |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 9 | | | | | | | | |
| | 10 | | | | | | | | |
| | 11 | | | | | | | | |
| | 12 | | | | | | | | |
| | 13 | | | | | | | | |
| | 14 | | | | | | | | |
| | 15 | | | | | | | | |
| | 16 | | | | | | | | |
| | 17 | | | | | | | | |
| | 18 | | | | | | | | |
| | 19 | | | | | | | | |
| | 20 | | | | | | | | |