FILED
2026 Mar-06 PM 05:28
U.S. DISTRICT COURT
N.D. OF ALABAMA



**How long are you eligible & when do you reapply?**
- If you are uninsured:
  - Eligible for one calendar year from date of approval.
  - Reapply 2 months before expiration.
- If you have Medicare Part D:
  - Eligible for the remainder of the calendar year
  - Reapply in November or December.
- Christ Health staff will help remind you of the need for reapplying.

**Where do you go?**
**Christ Health Pharmacy** is located at 5804 1st Ave South Birmingham, AL 35212. Our phone number is 205-380-9450. Christ Health Pharmacy is open Monday through Friday 8:30 am to 12:30 pm and 1:30 pm to 5:30 pm.

2:25-cr-580-AMM-SGC
3/6/2026  Lillian Jayne Colburn
Defendant's Exhibit No. 4

- If medication is mailed home and you have not heard OR received medications in 4 to 8 weeks, contact Christ Health pharmacy and we can help check the status of your application.
- Please **DO NOT** contact Christ Health medical about patient assistance programs as the medical staff and providers are **NOT** involved in the process.

## What do you need to bring with you?
If you are approved with Christ Health's sliding fee program, nothing.

If you have NOT applied for Christ Health's sliding fee program AND are unsure please inquire at the front desk about getting on the slide.

If you have NOT applied for Christ Health's sliding fee program AND are insured please bring:

- Proof of Income (if you have not already turned it into the front office)
  - Copy of last year's Federal Income Tax Return – Form 1040
  - Copy of current pay stubs if bi-weekly we will need 4, if monthly we will need 2.
  - Copy of Social Security Income yearly benefit statement.
  - Copy of Unemployment Benefit Statement.
  - Copy of Statements of Interest, dividends, or other income.
  - Copy of Pharmacy Insurance card

## What is the Patient Assistance Program?
Patient Assistance Programs are available for brand medications through drug companies for patients with limited or no prescription drug coverage. Drug companies have different requirements for eligibility. Our pharmacy team is here to help ensure you have all the qualifications at the time of your application submission.

## What is the process for approval?
- Come to Christ Health pharmacy to fill out the appropriate application in its entirety.
- Each manufacturer has their own application, so you may need to complete more than one application.
- **The process is 4 to 6 weeks and can take as long as 8 weeks.**
- Choosing location to ship med:
- If sent to your provider's office (Christ Health Pharmacy):
  - $3.90 administration fee per 30 days per medication.
  - We take care of **ALL** issues & ordering.
- If sent to your home:
  - It will be mailed to your home via FedEx or UPS free of charge.
  - **It is your responsibility to call the drug company for refills, as well as any change of address or if you obtain insurance.**
  - Only call Christ Health pharmacy is **IF** the company directs you to do so for a new prescription.
- We will contact you when you are approved and your medication has arrived at Christ Health Pharmacy.
- Christ Health is **NOT** always notified of approvals.

# Are you having difficulty affording your insurance copay? Are you uninsured? We Offer Discounts to Those Who Qualify

To determine your eligibility, we will require Proof of Income. We Accept the Following as Proof of Income

1  Prior year W-2 forms

2  Pay stubs from past 30 days

3  Bank statement from past 30 days (will need a statement that shows 30 full days, from prior 30 days, with your name on it).

4  Social Security/Disability award letter

5  Unemployment benefits letter

6  Employer letter (see https://christhealthcenter.org/patient-forms to download Employer Letter. We will not accept hand-written letters.)

7  Food stamp award letter

8  Letter of Support (see https://christhealthcenter.org/patient-forms).

We will also need to know how many family members are in your household. "Family" or "Household" includes: patient, spouse, and/or children under age 19.

*Please note: Your Sliding Fee Discount will expire One Year from the date of reciept of proof of income, or when your income changes, whichever comes first.


Christ Health