STYLE: **U.S. V. LILLIAN JAYNE COLBURN**  CASE NUMBER: **2:25-cr-00580-AMM-SGC**

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D COND. OR LTD. | RECEIVED | EXHIBITS – **DETENTION HEARING 03/06/2026** <br><br> PLAINTIFF – **UNITED STATES OF AMERICA** <br><br> GOVERNMENT – **W. LEE GILMER, AUSA** <br><br> DEFENDANT – **LILLIAN JAYNE COLBURN** **KATE BOUNDS, Defense Counsel** <br><br> COURT **HON. JOHN H. ENGLAND, III,** *presiding* |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | |
| | 1 | 3/6/26 | | | | | | | 3/6/26 | Video - Walmart Surveillance Video 1 |
| | | | | | | | | | | Colburn_igniting_cart.mp4 |
| | 2 | 3/6/26 | | | | | | | 3/6/26 | Video - Walmart Surveillance Video 2 |
| | | | | | | | | | | Duration_of_Fire_&_Suppression_Efforts.mp4 |
| | 3 | 3/6/26 | | | | | | | 3/6/26 | Video – Self Recorded Video 1 |
| | | | | | | | | | | 2025-07-19-195143514 (I chased them down).mp4 |
| | 4 | 3/6/26 | | | | | | | 3/6/26 | Video – Self Recorded Video 2 |
| | | | | | | | | | | 2025-07-30-014912090 (two pigs and a CEO).mp4 |
| | 5 | 3/6/26 | | | | | | | 3/6/26 | Video – Self Recorded Video 3 |
| | | | | | | | | | | 2025-08-07-232526243 (Incinerated).mp4 |
| | 6 | 3/6/26 | | | | | | | 3/6/26 | Video – Self Recorded Video 4 |
| | | | | | | | | | | 2025-08-11-202935910 (Get a gun and get in the streets).mp4 |
| | 7 | 3/6/26 | | | | | | | 3/6/26 | Video – Self Recorded Video 5 |
| | | | | | | | | | | 2025-08-19-001701143 (actively threatening government, buy a gun).mp4 |
| | 8 | 3/6/26 | | | | | | | 3/6/26 | Video – Self Recorded Video 6 |
| | | | | | | | | | | 2025-08-19-171059934 (I cant buy a gun).mp4 |
| | 9 | 3/6/26 | | | | | | | 3/6/26 | Video – Self Recorded Video 7 |
| | | | | | | | | | | 2025-08-20-183913882 (violence isnt the answer mockery).mp4 |
| | 10 | 3/6/26 | | | | | | | 3/6/26 | Video – Self Recorded Video 8 |
| | | | | | | | | | | 2025-08-22-005111214 (make it dangerous).mp4 |

STYLE: **U.S. V. LILLIAN JAYNE COLBURN**    CASE NUMBER: **2:25-cr-00580-AMM-SGC**

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD COND. OR LTD. | RECEIVED | EXHIBITS – **DETENTION HEARING 03/06/2026** <br><br> PLAINTIFF – <br> **UNITED STATES OF AMERICA** <br><br> GOVERNMENT – <br> **W. LEE GILMER, AUSA** <br><br> DEFENDANT – <br> **LILLIAN JAYNE COLBURN** <br> **KATE BOUNDS, Defense Counsel** <br><br> COURT <br> **HON. JOHN H. ENGLAND, III,** *presiding* |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | |
| | 11 | 3/6/26 | | | | | | | 3/6/26 | Video – Self Recorded Video 9 <br> 2025-08-22-005932312 (anarchy and revolution).mp4 |
| | 12 | 3/6/26 | | | | | | | 3/6/26 | Photo - Colburn and Southall exiting together.png |
| | 13 | 3/6/26 | | | | | | | 3/6/26 | Photo - Colburn in Disguise with Loaded Cart.png |
| | 14 | 3/6/26 | | | | | | | 3/6/26 | Photo - Jabari Peoples Flyers in Colburn's Car.png |
| | 15 | 3/6/26 | | | | | | | 3/6/26 | Photo - Jabari Peoples Flyers on Scene.jpg |
| | 16 | 3/6/26 | | | | | | | 3/6/26 | Photo - Fighter Poster.png |
| | 17 | 3/6/26 | | | | | | | 3/6/26 | Photo - Southall Revolver and Ammo.png |
| | 18 | 3/6/26 | | | | | | | 3/6/26 | Photo - Southall Anarchist Cookbook and SALUTE Report .png |
| | 19 | 3/6/26 | | | | | | | 3/6/26 | Photo - Southall Crates.png |
| | 20 | 3/6/26 | | | | | | | 3/6/26 | Photo - Southall Pistol.png |

STYLE: **U.S. V. LILLIAN JAYNE COLBURN**    CASE NUMBER: **2:25-cr-00580-AMM-SGC**

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D COND. OR LTD. | RECEIVED | EXHIBITS – **DETENTION HEARING 03/06/2026** PLAINTIFF – **UNITED STATES OF AMERICA** GOVERNMENT – **W. LEE GILMER, AUSA** DEFENDANT – **LILLIAN JAYNE COLBURN** **KATE BOUNDS, Defense Counsel** COURT **HON. JOHN H. ENGLAND, III,** *presiding* |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | |
| | 21 | 3/6/26 | | | | | | | 3/6/26 | Photo - Southall's AR Style Rifles.png |
| | 22 | 3/6/26 | | | | | | | 3/6/26 | Revolutionary Theater Signal Chat Group Message |
| | 23 | 3/6/26 | | | | | | | 3/6/26 | Colburn and Person 1 Signal Chat |
| | 24 | 3/6/26 | | | | | | | 3/6/26 | Colburn and Boyfriend Text Message Thread |
| | 25 | 3/6/26 | | | | | | | 3/6/26 | Colburn and Southall Signal Chat |
| | 26 | 3/6/26 | | | | | | | 3/6/26 | Colburn and Person 2 Signal Chat |
| | 27 | 3/6/26 | | | | | | | 3/6/26 | Colburn to Person 6 Text Message (Always been an anarchist) |
| | 28 | 3/6/26 | | | | | | | 3/6/26 | Colburn to Person 9 Text Message (in love with two dudes) |
| | 29 | | | | | | | | | |
| | 30 | | | | | | | | | |