
FILED

2026 Mar-06 PM 05:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

2:25-cr-00580-AMM-SGC
03/06/26 DET. HEARING
GOVT EX NO 20