# PERSON 2

From: ▮▮▮▮▮▮▮▮ ▮▮▮▮
To: ▮▮▮▮▮▮▮ dtp (owner)
Community Agreement Rules:

1. Sharing any content, media, communications, or any other data discussed or shared within this organizing space with anyone  or any entity outside this space, unless given explicit permission by group admins, is strictly forbidden.
2. General "fight club" rules apply.
3. No nazi shit allowed.
4. NO FED POSTING

Points of Unity:
1. Intersectionality
2. Anti-racism
3. Anti-Fascism/Pro Democracy
4. Queer and Gender Liberation
5. Anti-Colonialism/Free Palestine/Anti-Capitalism

Nothing in this space should be misconstrued to constitute legal advice and this is not a militia. Anything said inside these spaces should be treated like it could be read out loud in front of a judge.*

(Repost as needed for new members)
Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 7/1/2025 2:57:19 PM(UTC-5) | | |

Status: Read
Platform:

7/1/2025 2:57:19 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xBD2C72 (Table: message, recipient, Size: 17166336 bytes)

2:25-cr-00580-AMM-SGC
03/06/26 DET. HEARING
GOVT EX NO 22

From: ▮▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮▮ dtp (owner)
Attachments:



Size: 227652
File name: part5154920324270181896.mms.
part5154920324270181896.mms.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 7/2/2025 10:59:54 AM(UTC-5) | | |

Status: Read
Platform:

7/2/2025 10:59:54 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x9E28CC (Table: message, recipient, attachment, Size: 17166336 bytes)
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/app_parts/part5154920324270181896.mms/part5154920324270181896.mms. :

**PERSON 3**

From:
To: dtp (owner)

**Folks coming to the alea protest today?**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| dtp | 7/2/2025 12:07:41 PM(UTC-5) | | |

Status: Read

Platform:

7/2/2025 12:07:40 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x9E281D (Table: message, recipient, Size: 17166336 bytes)



**PERSON 5**

From:
To: dtp (owner)

**Failing other communication from [redacted] my understanding is it's "every" day at 5:30, marching from Homewood PD to ALEA and back.**

**PERSON 9**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| dtp | 7/2/2025 4:43:05 PM(UTC-5) | | |

Status: Read

Platform:

7/2/2025 4:43:04 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xA481A7 (Table: message, recipient, Size: 17166336 bytes)



From: Merc Southall
To: dtp (owner)

**We are on the corner of bessemer road and avenue w, passing out fliers.**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| dtp | 7/4/2025 4:51:35 PM(UTC-5) | | |

Status: Read

Platform:

7/4/2025 4:51:34 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC2C6D6
(Table: message, recipient, Size: 17166336 bytes)



From: [redacted] Merc Southall
To: [redacted] dtp (owner)

Hi. I am pissed. I am tired. I am tired of being tired.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 7/18/2025 10:31:20 AM(UTC-5) | | |

**Status:** Read

**Platform:**

7/18/2025 10:31:19 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0xB8FF2C (Table: message, recipient, Size: 17166336 bytes)



From: [redacted]
To: [redacted] dtp (owner)

Hey squad. What got you today?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 7/18/2025 10:31:45 AM(UTC-5) | | |

**Status:** Read

**Platform:**

7/18/2025 10:31:45 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xB8FE86 (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] Merc Southall
To: [redacted] p (owner)

There is not enough going on for what is going on. Breanna Taylor. Salt and lime juice in the wound. Jabari Peoples.  Salt and lemon juice in the wound.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 7/18/2025 10:33:14 AM(UTC-5) | | |

**Status:** Read

**Platform:**

7/18/2025 10:33:13 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB8FD66 (Table: message, recipient,
Size: 17166336 bytes)



From: [REDACTED] Merc Southall
To: [REDACTED] dtp (owner)

I am tired of the liberals thinking that going to meetings about meetings is going to fucking change this.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 7/18/2025 10:33:40 AM(UTC-5) | | |

Status: Read
Platform:

7/18/2025 10:33:40 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB8FC73 (Table: message, recipient, Size: 17166336 bytes)



From: [REDACTED] Merc Southall
To: [REDACTED] dtp (owner)

I am tired of the inaction. Sick of the excuses. All I hear is I'm a good nazi.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 7/18/2025 10:34:39 AM(UTC-5) | | |

Status: Read
Platform:

7/18/2025 10:34:38 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB8FB9A (Table: message, recipient, Size: 17166336 bytes)

**PERSON 1**



From: [REDACTED]
To: [REDACTED] dtp (owner)

I saw some motherfucker going on about how it's hypothetically morally wrong to kill plantation owners or concentration camp guards and istg I wish the liberals would just fuck off so we can have it out with the fascists honestly without them trying to monetize the bloodshed.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 7/18/2025 10:34:53 AM(UTC-5) | | |

Status: Read
Platform:

7/18/2025 10:34:53 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB8F9FB (Table: message, recipient, Size: 17166336 bytes)



From: [REDACTED] Merc Southall
To: [REDACTED] dtp (owner)

All it takes for evil to prosper is for food men to do nothing.  IT IS FUCKING PROSPERING. RIGHT NOW. THIS SECOND.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 7/18/2025 10:36:19 AM(UTC-5) | | |

**Status:** Read

**Platform:**

7/18/2025 10:36:18 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB8F8FE (Table: message, recipient, Size: 17166336 bytes)



From: [REDACTED] Merc Southall
To: [REDACTED] dtp (owner)

I am not a cosplay revolutionary.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 7/18/2025 10:45:23 AM(UTC-5) | | |

**Status:** Read

**Platform:**

7/18/2025 10:45:23 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xC92F42 (Table: message, recipient, Size: 17166336 bytes)



From: [REDACTED] Merc Southall
To: [REDACTED] dtp (owner)

Idgaf about a group name.q

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 7/18/2025 10:45:39 AM(UTC-5) | | |

**Status:** Read

**Platform:**

7/18/2025 10:45:39 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xC92A9E (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] Merc Southall
To: [redacted] dtp (owner)

**Idgaf about getting in front of cameras.**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 7/18/2025 10:46:04 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/18/2025 10:46:03 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xC92E92 (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] Merc Southall
To: [redacted] dtp (owner)

**Idgaf about perfomative bullshit.**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 7/18/2025 10:46:43 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/18/2025 10:46:43 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xC92DE9 (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] Merc Southall
To: [redacted] p (owner)

**I was raised by activist. Panthers. My whole life all I've known is this fucked up struggle. I have never quit.**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 7/18/2025 10:48:19 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/18/2025 10:48:19 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC929A7 (Table: message, recipient, Size: 17166336 bytes)

**PERSON 6**

From:
To: ██████ dtp (owner)

case in point: Luigi, the armed attacks on ICE, the shootout at immigration. these people don't know each other. they're not organized. but stochastic violence is increasing. they're not being smart about it (luigi was kinda smart) but it is increasing and having an effect

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ dtp | 7/18/2025 10:58:03 AM(UTC-5) | | |

Status: Read
Platform:

7/18/2025 10:58:02 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC77836 (Table: message, recipient, Size: 17166336 bytes)

# PERSON 2



From: ██████
To: ██████ dtp (owner)

From:
To: ██████ dtp (owner)   **Person 6**

case in point: Luigi, the armed attacks on ICE, the shootout at immigration. these people don't know each other. they're not organized. but stochastic violence is increasing. they're not being smart about it (luigi was kinda smart) but it is increasing and having an effect

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ dtp | 7/18/2025 10:58:03 AM(UTC-5) | | |

Status: Read
Platform:

7/18/2025 10:58:02 AM(UTC-5)

Just be smart. Your generals and officers get taken out with no backup or grunts to run the ground work, your movement is fucked

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ dtp | 7/18/2025 10:59:16 AM(UTC-5) | | |

Status: Read
Platform:
Label: Reply

7/18/2025 10:59:16 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC77DCA (Table: message, recipient, Size: 17166336 bytes)



From: [redacted]
To: [redacted] dtp (owner)

also keep in mind to a nazi, a nazi life is worth more than double any "degenerate" life, so the second you show them you are willing to fight, they pause and reconsider

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted] dtp | 7/18/2025 10:59:52 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/18/2025 10:59:51 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC77C97 (Table: message, recipient, Size: 17166336 bytes)



From: [redacted]
To: [redacted] dtp (owner)

It's annoying being a couple years out from ready…

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted] dtp | 7/18/2025 11:00:07 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/18/2025 11:00:06 AM(UTC-5)

**PERSON 1**

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC77BD8 (Table: message, recipient, Size: 17166336 bytes)

# Person 6

**From:** [redacted]
**To:** [redacted] dtp (owner)



## Person 2

**From:** [redacted]
**To:** [redacted] p [redacted] r)

Just be smart. Your generals and officers get taken out with no backup or grunts to run the ground work, your movement is fucked

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 7/18/2025 10:59:16 AM(UTC-5) | | |

**Status:** Read
**Platform:**
**Label:** Reply

7/18/2025 10:59:16 AM(UTC-5)

100% just be smart.

also, don't have generals in the first place lol

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 7/18/2025 11:00:28 AM(UTC-5) | | |

**Status:** Read
**Platform:**
**Label:** Reply

7/18/2025 11:00:28 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC77A83
(Table: message, recipient, Size: 17166336 bytes)



**From:** [redacted]
**To:** [redacted] dtp (owner)

# PERSON 1

Anyone can kill one guy and get killed right back but we need a much higher ROI to win. So (allegedly) Luigi is something but only one thing.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 7/18/2025 11:01:01 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/18/2025 11:01:01 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC7735E (Table: message, recipient, Size: 17166336 bytes)



# Person 6

From:
To: ▮ dtp (owner)

### From:
### To: ▮ dtp (owner)  ## Person 1

Anyone can kill one guy and get killed right back but we need a much higher ROI to win. So (allegedly) Luigi is something but only one thing.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ dtp | 7/18/2025 11:01:01 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/18/2025 11:01:01 AM(UTC-5)

luigi was a big thing

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ dtp | 7/18/2025 11:01:18 AM(UTC-5) | | |

**Status:** Read
**Platform:**
**Label:** Reply

7/18/2025 11:01:18 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xC7722B (Table: message, recipient, Size: 17166336 bytes)



# Person 1

From:
To: ▮ dtp (owner)

But still only one thing.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ dtp | 7/18/2025 11:01:26 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/18/2025 11:01:26 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xC77189 (Table: message, recipient, Size: 17166336 bytes)



# PERSON 1

From:
To: [REDACTED] dtp (owner)

There've been like 3 CEO slayings since then

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 7/18/2025 11:01:55 AM(UTC-5) | | |

Status: Read
Platform:

7/18/2025 11:01:55 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decry
pted : 0xCB1B09 (Table: message, recipient, Size: 17166336 bytes)



↰

From: [REDACTED] Merc Southall
To: [REDACTED] dtp (owner)

From: [REDACTED]
To: [REDACTED] dtp (owner)

# PERSON 2

The panthers were also destroyed by the feds. They did great work, but there is lessons to be learned there and improved upon

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 7/18/2025 10:57:47 AM(UTC-5) | | |

Status: Read
Platform:
Label: Reply

7/18/2025 10:57:46 AM(UTC-5)

And the liberals are still running strong because they aren't a threat. They help stamp down the threats. Panthers couldn't hide. No black org has been allowed to exist. And white orgs love to get black talent and then not listen to them. Make promises and not make good on them. It's as amerikkkan as apple pie.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 7/18/2025 11:01:56 AM(UTC-5) | | |

Status: Read
Platform:
Label: Reply

7/18/2025 11:01:56 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCB1DA6 (Table: message, recipient, Size: 17166336 bytes)

# PERSON 1



From:
To: ███████ dtp (owner)

From: ███████ Merc Southall
To: ███████ p (owner)

And the liberals are still running strong because they aren't a threat. They help stamp down the threats. Panthers couldn't hide. No black org has been allowed to exist. And white orgs love to get black talent and then not listen to them. Make promises and not make good on them. It's as amerikkkan as apple pie.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ dtp | 7/18/2025 11:01:56 AM(UTC-5) | | |

**Status:** Read

**Platform:**

**Label:** Reply

7/18/2025 11:01:56 AM(UTC-5)

You ever looked at the NFAC?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ dtp | 7/18/2025 11:02:17 AM(UTC-5) | | |

**Status:** Read

**Platform:**

**Label:** Reply

7/18/2025 11:02:17 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xCB1BC0 (Table: message, recipient, Size: 17166336 bytes)

# PERSON 4

From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
To: ▓▓▓▓▓▓ dtp (owner)



## PERSON 6

From: ▓▓▓▓▓▓
To: ▓▓▓▓▓▓ dtp (owner)

case in point: Luigi, the armed attacks on ICE, the shootout at immigration. these people don't know each other. they're not organized. but stochastic violence is increasing. they're not being smart about it (luigi was kinda smart) but it is increasing and having an effect

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ dtp | 7/18/2025 10:58:03 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/18/2025 10:58:02 AM(UTC-5)

My assertion is that Maverick is correct in his organizing comment for this reason. Art of War man. Attack when you are strong, avoid contact when you are weak. Currently the rate of political instability is increasing faster than our organizing. IMO we need to get organizations ready to absorb people and train them and be able to take coordinated action once we develop those groups. While "propaganda of the deed" can be useful (as the Panthers understood) it's in service of recruitment, not acceleration toward more violence for its own sake. That violence is not in service to your methods unless you are able to control how it goes.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ dtp | 7/18/2025 11:02:45 AM(UTC-5) | | |

**Status:** Read
**Platform:**
**Label:** Reply

7/18/2025 11:02:45 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCB123D (Table: message, recipient, Size: 17166336 bytes)



## PERSON 1

From: ▓▓▓▓▓
To: ▓▓▓▓▓▓ dtp (owner)

I think stochastic terror may heighten contradictions but I don't necessarily think those contradictions will resolve in a way that we'd like.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ dtp | 7/18/2025 11:05:58 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/18/2025 11:05:57 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCEBDF3 (Table: message, recipient, Size: 17166336 bytes)



## PERSON 6

**From:** ▮▮▮▮
**To:** ▮▮▮▮ dtp (owner)

**From:** ▮▮▮▮ ▮▮▮▮
**To:** ▮▮▮▮ p

Never assume your opponent is a physical coward because their morals are reprehensible to you. That is among the oldest and most basic mistakes in understanding your enemy.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 7/18/2025 11:03:49 AM(UTC-5) | | |

**Status:** Read
**Platform:**
**Label:** Reply

7/18/2025 11:03:50 AM(UTC-5)

I say that as historical evidence. fascists are at their worst when their targets don't fight back. they are way more careful and cautious when their targets are armed and willing to enact violence

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 7/18/2025 11:07:01 AM(UTC-5) | | |

**Status:** Read
**Platform:**
**Label:** Reply

7/18/2025 11:07:01 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCEBBF1 (Table: message, recipient, Size: 17166336 bytes)



## PERSON 1

**From:** ▮▮▮▮
**To:** ▮▮▮▮ dtp (owner)

I don't think this lone-wolf stuff will work. I think capitalism and the surveillance state is indeed designed to incentivize then catch and kill small groups or lone actors.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 7/18/2025 11:07:26 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/18/2025 11:07:26 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCEB57F (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ ▮▮▮▮
To: ▮▮▮▮▮ dtp (owner)

None of this is a question of politics but strategy, and quite frankly we also need to consider that this chat is also a liability here. If anybody's phone in this group is seized by federal/state/local law enforcement, this information and conversation topic is going to be traced back to every single person in this group and that is a major weak point everyone here needs to be mindful of.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ dtp | 7/18/2025 11:07:05 AM(UTC-5) | | |

**Status:** Read

**Platform:**

**Label:** Edited

7/18/2025 11:07:31 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCEB36A (Table: message, recipient, Size: 17166336 bytes)

**PERSON 2**

From: ▮▮▮
To: ▮▮▮▮▮ dtp (owner)

Indeed. We have a much better playing field than the people of Vichy France, for example.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ dtp | 7/18/2025 11:11:45 AM(UTC-5) | | |

**Status:** Read

**Platform:**

7/18/2025 11:11:45 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC7CA0C (Table: message, recipient, Size: 17166336 bytes)

**PERSON 1**

# PERSON 6

From: [REDACTED]
To: [REDACTED] dtp (owner)

From: [REDACTED]
To: [REDACTED] dtp (owner)

I don't think this lone-wolf stuff will work. I think capitalism and the surveillance state is indeed designed to incentivize then catch and kill small groups or lone actors.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 7/18/2025 11:07:26 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/18/2025 11:07:26 AM(UTC-5)

capital thwarts large scale socialist movements just as effectively as small groups.

I am a diversity of tactics kind of guy. I fully support mass movements, and I fully support lone wolves. whatever helps, in any way, however small. I'm here for it.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 7/18/2025 11:13:13 AM(UTC-5) | | |

**Status:** Read
**Platform:**
**Label:** Reply

7/18/2025 11:13:13 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC7C2A0 (Table: message, recipient, Size: 17166336 bytes)

# PERSON 1

From: [REDACTED]
To: [REDACTED] dtp (owner)

So in practical terms - Merc's weekly shindigs really are our best move right now.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 7/18/2025 11:13:19 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/18/2025 11:13:18 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC7C1C2 (Table: message, recipient, Size: 17166336 bytes)

# PERSONS 1, 4, and 6



From: [REDACTED] dtp (owner)
To: [REDACTED]
To: [REDACTED] outhall
To: [REDACTED]
To: [REDACTED]

Im saying this because Merc says it: the longer people sit here and debate the right way to do things, the further we fall into facism.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] | | 7/18/2025 11:14:43 AM(UTC-5) | |
| [REDACTED] Merc Southall | | 7/18/2025 11:14:18 AM(UTC-5) | |
| [REDACTED] | | 7/18/2025 11:14:18 AM(UTC-5) | |
| [REDACTED] | | 7/18/2025 11:14:19 AM(UTC-5) | |

Platform:

7/18/2025 11:14:17 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC7C0E1 (Table: message, recipient, group_receipts, Size: 17166336 bytes)

# PERSON 6



From: [REDACTED]
To: [REDACTED] dtp (owner)

imho anything actually threatening to fascism can't be said out loud in this chat

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 7/18/2025 11:15:17 AM(UTC-5) | | |

Status: Read
Platform:

7/18/2025 11:15:17 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC0DDB5 (Table: message, recipient, Size: 17166336 bytes)



**PERSON 1**

From: [redacted] dtp
To: [redacted] dtp (owner)

Don't get it twisted, man. I'm here looking for the next move, not rigorous and stimulating debate. I'm here to 'listen' and do' more than 'talk'.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 7/18/2025 11:15:19 AM(UTC-5) | | |

**Platform:**
**Label:** Edited

7/18/2025 11:16:26 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC0D70B (Table: message, recipient, Size: 17166336 bytes)



**PERSON 1**

From: [redacted] dtp
To: [redacted] dtp (owner)

Don't get it twisted, man. I'm here looking for the next move, not rigorous and stimulating debate. I'm here to 'listen' and 'understand' and 'do' more than 'talk'.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 7/18/2025 11:15:19 AM(UTC-5) | | |

**Status:** Read
**Platform:**
**Label:** Edited

7/18/2025 11:17:46 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC0D975 (Table: message, recipient, Size: 17166336 bytes)

**PERSON 1**

From: [REDACTED]
To: [REDACTED] dtp (owner)

Yeah.

That's the money now. We all wanna see this government burn. Good news is it's on fire, bad news is we're made of matchsticks. Keeping us alive in this bullshit is what matters and everything is downstream from that. Which is why I'm against the lone wolf stuff. Gets you got.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 7/18/2025 11:24:07 AM(UTC-5) | | |

**Status:** Read

**Platform:**

7/18/2025 11:24:06 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC8F7CE (Table: message, recipient, Size: 17166336 bytes)

**PERSON 1**

From: [REDACTED]
To: [REDACTED] dtp (owner)

Yeah.

That's the money now. We all wanna see this government burn. Good news is it's on fire, bad news is we're made of matchsticks. Keeping us alive in this bullshit is what matters and everything is downstream from that. Which is why I'm against the lone wolf stuff. Gets you got. And bad ROI.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 7/18/2025 11:24:07 AM(UTC-5) | | |

**Status:** Read

**Platform:**

**Label:** Edited

7/18/2025 11:24:17 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC8F190 (Table: message, recipient, Size: 17166336 bytes)

From: [REDACTED] Merc Southall
To: [REDACTED] dtp (owner)

I want my children To live. The people of palestine and the Congo. Burkina Faso. Not on their knees but standing. FREEEDOM!!!!! SCREAMED LIKE WILLIAM WALLACE IN BRAVE HEART!!! FREEEDOM !!! LIKE RAGE AGAINST THE MACHINE !!!

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 7/18/2025 11:26:30 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/18/2025 11:26:30 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC8F666 (Table: message, recipient, Size: 17166336 bytes)



From: [REDACTED] Merc Southall
To: [REDACTED] dtp (owner)

I'm against the lone wolf stuff only to a certain extent. Imagine if all the lone wolves had gotten together? Imagine if they weren't ostracized and brow beaten. Do you think they may have tried to talk to people? Do you think that Luigi tried other methods? Would being in an org have helped him in any way or would they have told him to wait until it was the right time?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 7/18/2025 11:28:59 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/18/2025 11:28:58 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCB9DEF (Table: message, recipient, Size: 17166336 bytes)



From: [REDACTED]
To: [REDACTED] dtp (owner)

There's a movie called "Heat" and that's admittedly closer to what I'm picturing than what is usually meant by "org".

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 7/18/2025 11:29:47 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/18/2025 11:29:46 AM(UTC-5)

PERSON 1

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCB9CE1 (Table: message, recipient, Size: 17166336 bytes)

**PERSON 1**

From: ▮▮▮
To: ▮▮▮ dtp (owner)

There's a movie called "Army of Shadows' and that's admittedly closer to what I'm picturing in these cases than what is usually meant by "org".

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ▮▮▮ dtp | 7/18/2025 11:29:47 AM(UTC-5) | | |

**Status:** Read
**Platform:**
**Label:** Edited

7/18/2025 11:30:04 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCB9BB9 (Table: message, recipient, Size: 17166336 bytes)

**PERSON 1**

From: ▮▮▮
To: ▮▮▮ dtp (owner)

La resistance as it existed in France, men moving in concert towards singular ends.

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ▮▮▮ dtp | 7/18/2025 11:30:28 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/18/2025 11:30:27 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCB9ADD (Table: message, recipient, Size: 17166336 bytes)

**PERSON 6**

From: ▮▮▮
To: ▮▮▮ dtp (owner)

we can be against lone wolf actions all we want, but like it or not, they're gonna happen. ain't nothing anybody can do to stop them from happening. just have to factor it into your strategy, is all

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ▮▮▮ dtp | 7/18/2025 11:30:33 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/18/2025 11:30:33 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCB974F (Table: message, recipient, Size: 17166336 bytes)

# PERSON 1

From: █████ dtp (owner)
To: █████ dtp (owner)

Well yeah I'm not saying we CAN stop it just that there's usually a way to do what you want and get away with it.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █████ dtp | 7/18/2025 11:31:20 AM(UTC-5) | | |

**Status:** Read

**Platform:**

7/18/2025 11:31:20 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCB964F (Table: message, recipient, Size: 17166336 bytes)

From: █████ Merc Southall
To: █████ dtp (owner)

People turn into " lone wolves" when they have tried stuff for a long time a█████ else is listening.  Christopher dorner did. Micah X. Those people have value. To █████ point. Every action moves the needle, but focused action..

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █████ dtp | 7/18/2025 11:32:07 AM(UTC-5) | | |

**Status:** Read

**Platform:**

7/18/2025 11:32:07 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCB9210 (Table: message, recipient, Size: 17166336 bytes)

# PERSONS 1, 4, and 6



From: [redacted] dtp (owner)
To: [redacted]
To: [redacted] outhall
To: [redacted]
To: [redacted]

Tbh yall, one day a week is not enough. I have a small apt that's filled with tech, but I can unplug it and invite maybe 5 or 6 people over max to talk more. If someone else can think of a more ideal space, please recommend it. But we need to meet at least one more day a week with vetted individuals only.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 7/18/2025 11:45:37 AM(UTC-5) | |
| [redacted] Merc Southall | | 7/18/2025 11:45:22 AM(UTC-5) | |
| [redacted] | | 7/18/2025 12:01:44 PM(UTC-5) | |
| [redacted] | | 7/18/2025 11:48:10 AM(UTC-5) | |

Platform:

7/18/2025 11:45:21 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCD8A0F (Table: message, recipient, group_receipts, Size: 17166336 bytes)

# PERSONS 1, 4, and 6



From: [redacted] dtp (owner)
To: [redacted]
To: [redacted] Merc Southall
To: [redacted]
To: [redacted]

And when I say small, i mean 250 sqft. I legit do not have space. Also I have 2 cats so if thats an issue for anyone, my space isnt the place. But if my apt is the only place we can chat so be it.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 7/18/2025 11:46:11 AM(UTC-5) | |
| [redacted] Merc Southall | | 7/18/2025 11:46:08 AM(UTC-5) | |
| [redacted] | | 7/18/2025 12:02:11 PM(UTC-5) | |
| [redacted] | | 7/18/2025 11:48:10 AM(UTC-5) | |

Platform:

7/18/2025 11:46:07 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCD865F (Table: message, recipient, group_receipts, Size: 17166336 bytes)

From: ████████ Merc Southall
To: ████████ dtp (owner)

I'm not really friendly. My friends are dead. I'm overly honest. I've kicked in doors to police stations. Wrestled them with guns to protect my clients. Police chase. I shot someone while police were in the front yard and I was in the back. ( not that someone obviously.) I am a great speaker. Better doer. Not so great at interpersonal stuff. Some stuff doesn't compute with me due to my autism. But I try very hard. I want this to work very much. But.. I am not a liberal. I will not watch people die. I will not watch people suffer. Last week the police lit someone up in front of rtb and we moved to check it out. We are several lines into the first they came for the... and we are scared to use "harsh words" for fear of what exactly? I get treated like a black person already. Concentration camps. Check. Secret police. Check. Disappearing people check. Resistance? Checking... and the base word in resistance is resist. I am not everyone's cup of tea. I am somebody's shot of tequila tho. I refuse to be a good nazi. Ngl. I've done lone wolf stuff. But I've been guided by Ubuntu a long time. If you want to go fast, go by yourself. If you want far take a group. I am very approachable . Yall have my number. We have to have hard conversations to be able to move with each other in a cohesive manner.

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ████████ dtp | 7/20/2025 9:26:26 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/20/2025 9:26:25 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC5F769 (Table: message, recipient, Size: 17166336 bytes)

From: ████████ ████████
To: ████████ dtp (owner)

Hey Merc, I was trying to address and figure out how to handle this with other seemingly trusted people directly before this needed to become a bigger deal, but the lack of OPSEC in this chat and the lack of focus on collective action and instead on individualistic action is what is driving me and others in this group away. Advocating for individual violent action and adventurism, especially in an online chat room which can be intercepted by outside entities, is counter-revolutionary and reactionary (even if you don't intend it to be that way). There is certainly a culture here that is goading people into heroism and individualism that runs counter to my beliefs in collective action as a socialist. There needs to be a refocus on trying to reshape material conditions long-term rather than advocating for individual direct actions that do nothing to advance that goal and actually can cause material damage to the organizing power of socialists. I am also deeply concerned about some of your attitudes and comments about feminine presenting people and members of marginalized communities outside of your own too. Class revolution is for all. No lies between comrades, reach out if you'd like clarification, but as an orthodox marxist I cannot see myself having a place in this space. Hopefully we can come to an understanding. Best of luck.

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ████████ dtp | 7/20/2025 10:08:50 PM(UTC-5) | | |

**Status:** Read
**Platform:**

7/20/2025 10:08:42 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC9C3DE (Table: message, recipient, Size: 17166336 bytes)



**PERSON 4**

From: ▮▮▮▮▮▮▮▮▮▮▮
To: ▮▮▮▮▮▮ dtp (owner)

Speaking of which, I will try to meet up with y'all soon, maybe Friday after next if not this next Friday with my kid's party and the Huntsville training. That said, multiple parties screenshotting signal convos tells me that at least in one respect, ▮▮▮▮ opsec concerns are not unwarranted. I recommend y'all leave ON the Signal settin▮ events screenshots being taken in future, and ▮ I strongly recommend reducing the timer on disappearing messages for this chat. I'll still be available for DM wherever necessary. Y'all stay safe.

**Priority:** Normal

**PERSON 2**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ dtp | 7/20/2025 10:44:53 PM(UTC-5) | | |

**Status:** Read
**Platform:**

7/20/2025 10:44:52 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xBB925D (Table: message, recipient, Size: 17166336 bytes)

From: ▮▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮▮ dtp (owner)

I am beyond tired. Every fucking day. But there is something that we should be doing at the very least on the daily . Making ourselves harder to kill. Training so we would be able to kill. It's not for aesthetics. Idgaf what some women thinks about my body. I need to be able to strangle nazis with my bare hands.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ dtp | 8/11/2025 8:55:08 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/11/2025 8:55:08 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xD45E1E (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮▮ p (owner)

I keep saying shit about this not being a fucking video game. There is no respawn.  There is no time out.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ dtp | 8/11/2025 9:01:34 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/11/2025 9:01:34 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xD454EB (Table: message, recipient, Size: 17166336 bytes)



From: [REDACTED] Merc Southall
To: [REDACTED] dtp (owner)

Our country is failing multiple open book test. We cannot afford to pay the price to continue failing.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 8/11/2025 9:02:20 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/11/2025 9:02:20 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xDA8BCC (Table: message, recipient, Size: 17166336 bytes)



From: [REDACTED] Merc Southall
To: [REDACTED] dtp (owner)

Maybe I'm too serious. Maybe I'm too focused. Maybe I don't have enough fun. All those things may be true. But inaction is killing us. Killing the people we love. Praying and marching and voting have all failed spectacularly and we absolutely are allowing this stuff to happen with our inaction. Our apathy. Our excuses.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 8/11/2025 9:04:47 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/11/2025 9:04:47 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xDA89F7 (Table: message, recipient, Size: 17166336 bytes)



From: [REDACTED] dtp (owner)
To: [REDACTED] erc Southall
To: [REDACTED]

As someone who just worked out wirh Merc, that man is a fucking unit. We are at war and that should be the goal if we're gonna be out on the streets fighting. Im 5'3 but Ive fought fuckers twice my size my whole life. Get about it.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] Merc Southall | | 8/11/2025 9:08:56 PM(UTC-5) | |
| [REDACTED] | | 8/11/2025 9:46:11 PM(UTC-5) | |

**Platform:**

8/11/2025 9:08:55 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xDA8E9F (Table: message, recipient, Size: 17166336 bytes)
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db-wal/signal.db.decrypted-wal : 0x241D7E (Table: group_receipts, Size: 4223032 bytes)

From: [REDACTED] Merc Southall
To: [REDACTED] p (owner)

I'm not the hulk. Lol. I bleed . I hurt. My knees popping morse code for fuck you at me right now. Lol. I know my limits. And I push passed them. I went down from 469 to 325 through pushing passed. I can do over 200 push-ups from 60 per night.  We can. It's just some sweat equity we gotta pay first. And don't get me wrong... I am a shooter. But I am a full spectrum warrior. If I gotta pull out my dick and try and beat somebody to death with that bitch I will. Fight till you fucking die or you fucking win . And I'm not fucking dead yet.

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [REDACTED] dtp | 8/11/2025 9:11:12 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/11/2025 9:11:12 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xDA838A (Table: message, recipient, Size: 17166336 bytes)

From: [REDACTED] Merc Southall
To: [REDACTED] dtp (owner)

I tell you what brother! When nazis need smashing, I'm gonna be there with my guns out smashing with both hands! And my feet! And my teeth. I'll strangle them with some of my kinky hair if I could! By any means necessary!

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [REDACTED] dtp | 8/11/2025 9:27:02 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/11/2025 9:27:03 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xDBD760 (Table: message, recipient, Size: 17166336 bytes)

From:
To: ▓▓▓▓▓ dtp (owner)

some of us are meant to punch nazis, but not everyone needs to body-slam a cop, and that's cool too. the revolution needs everyone:

Attachments:



Size: 53606
File name: part6414543084550660202.mms.
part6414543084550660202.mms.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ dtp | 8/11/2025 9:49:04 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/11/2025 9:49:03 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xD77C05 (Table: message, recipient, Size: 17166336 bytes)
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db-wal/signal.db.decrypted-wal : 0x2C7864 (Table: attachment, Size: 4223032 bytes)
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/app_parts/part6414543084550660202.mms/part6414543084550660202.mms. :

From:
To: ▓▓▓▓▓ dtp (owner)

Attachments:



Size: 132822
File name: part6537067239496341876.mms.
part6537067239496341876.mms.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ dtp | 8/11/2025 9:49:18 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/11/2025 9:49:18 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xD77B70 (Table: message, recipient, Size: 17166336 bytes)
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db-wal/signal.db.decrypted-wal : 0x2C75E4 (Table: attachment, Size: 4223032 bytes)
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/app_parts/part6537067239496341876.mms/part6537067239496341876.mms. :

**From:** ▮▮▮▮ Merc Southall
**To:** ▮▮▮▮ dtp (owner)

We talked about that at the theater comrade. But definitely everyone has a place. But I also believe in improving ones personal capability too. We exist in a capitalist hellscape. Open war is declared on the amerikkkan people... but what I'm saying at a base level is, the stronger we are individually the stronger we are together, in any capacity. Working out, shows dedication to ourselves. To the cause. Helps us deal with stress and anxiety. I hope Noone is comparing themselves to me. Or see this as statements of vanity. Praxis is always my game.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 8/11/2025 10:09:48 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/11/2025 10:09:48 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xD77815 (Table: message, recipient, Size: 17166336 bytes)

**From:** ▮▮▮▮ Merc Southall
**To:** ▮▮▮▮ dtp (owner)

Being in leadership to me is operational readiness. What task can we perform. How can we get better. Strengths. Weaknesses. Growth.the movie for last week was spook that sat by the door. If you haven't had a chance. Also does anyone else want to attend the medic training? A medic training coming up soon?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 8/11/2025 11:21:31 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/11/2025 11:21:30 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xD77193 (Table: message, recipient, Size: 17166336 bytes)

**From:** ▮▮▮▮ Merc Southall
**To:** ▮▮▮▮ p (owner)

I talked to the family today.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 8/20/2025 3:38:55 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/20/2025 3:38:54 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xBAC9A0 (Table: message, recipient, Size: 17166336 bytes)





**From:** [REDACTED]
**To:** [REDACTED] dtp (owner)

### What's the procedure for tomorrow?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 8/21/2025 11:29:21 AM(UTC-5) | | |

**Status:** Read
**Platform:**

8/21/2025 11:29:19 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xBAC8E8 (Table: message, recipient, Size: 17166336 bytes)



**From:** [REDACTED] Merc Southall
**To:** [REDACTED] dtp (owner)

### Gloves and mask needed for tomorrow. Bottles of water, or cool towels. For the medics that will be there. Anybody available to meet tonight ?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 8/21/2025 5:41:56 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/21/2025 5:41:56 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xBAC488 (Table: message, recipient, Size: 17166336 bytes)



**From:** [REDACTED]
**To:** [REDACTED] dtp (owner)

### This message was deleted.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 8/22/2025 11:09:08 PM(UTC-5) | | |

**Status:** Read
**Platform:**
**Label:** System

8/22/2025 11:09:25 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x6358E5 (Table: message, recipient, Size: 17166336 bytes)



Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x635851 (Table: message, recipient, Size: 17166336 bytes)



**PERSON 8**

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x635732 (Table: message, recipient, Size: 17166336 bytes)



Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x635694 (Table: message, recipient, Size: 17166336 bytes)



From: ██████████ dtp (owner)
To: ██████████ Merc Southall
To: ████████

**Home!**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Merc Southall | | 8/23/2025 12:07:58 AM(UTC-5) | |
| ████████ | | 8/22/2025 11:50:43 PM(UTC-5) | |

**Platform:**

8/22/2025 11:48:39 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x63561F (Table: message, recipient, group_receipts, Size: 17166336 bytes)



From: ██████████ dtp (owner)
To: ██████████ dtp (owner)

**almost home... 20ish mins**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ dtp | 8/22/2025 11:52:12 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/22/2025 11:52:11 PM(UTC-5)

# PERSON 6

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x635573 (Table: message, recipient, Size: 17166336 bytes)



From: ██████████ Merc Southall
To: ██████████ dtp (owner)

**Wait8ng till we are all acco7nted for before sleep**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ dtp | 8/23/2025 12:08:24 AM(UTC-5) | | |

**Status:** Read
**Platform:**

8/23/2025 12:08:23 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0x6354AD (Table: message, recipient, Size: 17166336 bytes)



Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xD496EA (Table: message, recipient, Size: 17166336 bytes)



Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xD49567 (Table: message, recipient, Size: 17166336 bytes)



# PERSON 6

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xD494CE (Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮▮▮▮ Merc Southall
**To:** ▮▮▮▮▮▮▮ dtp (owner)

Copy

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ dtp | 8/23/2025 12:27:08 AM(UTC-5) | | |

**Status:** Read

**Platform:**

8/23/2025 12:27:08 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xD49436 (Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮▮▮▮ Merc Southall
**To:** ▮▮▮▮▮▮▮ dtp (owner)

Merc out

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ dtp | 8/23/2025 12:27:37 AM(UTC-5) | | |

**Status:** Read

**Platform:**

8/23/2025 12:27:36 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xD4939A (Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮▮▮▮ Merc Southall
**To:** ▮▮▮▮▮▮▮ p (owner)

We are otw to the training in Tennessee.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ dtp | 8/23/2025 9:22:46 AM(UTC-5) | | |

**Status:** Read

**Platform:**

8/23/2025 9:22:45 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x105642C (Table: message, recipient, Size: 17166336 bytes)



From: ██████████ Merc Southall
To: ██████████ dtp (owner)

2 weeks no comms you gotta go. We need active people. Either coming to meetings, communicating, helping with the space, there are a plethora of ways. Remember. Being uncomfortable is how u grow.

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ████████ dtp | 8/23/2025 11:04:24 PM(UTC-5) | | |

**Status:** Read

**Platform:**

8/23/2025 11:04:24 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x3D416E (Table: message, recipient, Size: 17166336 bytes)



Syst██████
To: ██████████ dtp (owner)

Merc Southall made you an admin.

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ████████ dtp | 8/24/2025 3:31:23 PM(UTC-5) | | |

**Status:** Read

**Platform:**

**Label:** System

8/24/2025 3:31:23 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xD9D786 (Table: message, recipient, Size: 17166336 bytes)