**Signal Private Messenger**

+12055690505 (1)

| # | | Deleted | * |
|---|---|---|---|
| 1 | Start Time: 7/25/2025 11:30:35 PM(UTC-5)<br>Last Activity: 8/25/2025 12:54:34 PM(UTC-5)<br>Number of attachments: 1<br>Source: S_____vate Messenger<br>Account: ▇▇▇▇0505<br>Chat Type: Unknown<br>Source file: EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xD3F44D (Table: message, recipient, Size: 17166336 bytes)<br>Source Extraction: File System (1)<br>Body file: chat-0.txt<br><br>Participants:<br><br>▇▇▇▇0505<br>dtp (owner)<br><br>▇▇ Person 1 (Blue) | | |

### Person 1

From: ▇▇▇▇
To: ▇▇▇▇0505 dtp (owner)

We ain't gonna make it outta here less we break bad get ready a get crazy so I know what t-spot said but building power and procedure is what white men get to do for resistance

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇0505 dtp | 7/25/2025 11:30:36 PM(UTC-5) | | |

Status: Read
Platform:
Label: Edited

7/25/2025 11:30:44 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xD3F310 (Table: message, recipient, Size: 17166336 bytes)

2:25-cr-00580-AMM-SGC
03/06/26 DET. HEARING
GOVT EX NO 23

**From:**
**To:** ▮▮▮▮0505 dtp (owner)

No disrespect to him he's a nice enough guy and I'm not putting any shade against him

But you and I are in the same boat, necropolitics has already decided that both of us are living-dead whose life may be expended as the system requests and that necessarily puts us in a direr strait

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮0505 dtp | 7/25/2025 11:31:48 PM(UTC-5) | | |

**Status:** Read
**Platform:**

7/25/2025 11:31:48 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x395E41 (Table: message, recipient, Size: 17166336 bytes)

---

**From:**
**To:** ▮▮▮▮0505 dtp (owner)

TLDR: at the same time as people are establishing parallel power structures, people must necessarily be attacking the existing power structures - with the understanding they cannot be reformed from within but can be meaningfully confounded. Same reason Senn Feinn runs for parliament and then don't go.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮0505 dtp | 7/26/2025 12:18:36 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/26/2025 12:18:35 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x3957B9 (Table: message, recipient, Size: 17166336 bytes)

---



**From:** ▮▮▮▮0505 dtp (owner)
**To:**

Im followong your logic. I myself wouldnt go down that route. That said, unlike ▮▮▮▮ I dont give a fuck how we dismantly this oppressive capitalist system. I just want it burned to the ground. Just know that some people hear politician and get a sense of distrust. Just keep up with the no lies amongst comrades and theyll chill.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ | 7/26/2025 12:21:06 AM(UTC-5) | 7/26/2025 12:21:09 AM(UTC-5) | |

**Status:** Read
**Platform:**

7/26/2025 12:21:06 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x395614 (Table: message, recipient, Size: 17166336 bytes)



From:
To: ▮▮▮▮0505 dtp (owner)

Yep. Nothin else but to do it.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮0505 dtp | 7/26/2025 12:21:28 AM(UTC-5) | | |

Status: Read
Platform:

7/26/2025 12:21:28 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x39556D (Table: message, recipient, Size: 17166336 bytes)



From:
To: ▮▮▮▮0505 dtp (owner)

Tell you the truth I hate this and would rather be doing anything else but the council seat is a layup due to a MASSIVE corruption scandal from the outgoing council.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮0505 dtp | 7/26/2025 12:22:17 AM(UTC-5) | | |

Status: Read
Platform:

7/26/2025 12:22:11 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x395440 (Table: message, recipient, Size: 17166336 bytes)



From:
To: ▮▮▮▮0505 dtp (owner)

The chance to be able to arrest the gears in this town was more than I could in good faith ignore.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮0505 dtp | 7/26/2025 12:22:48 AM(UTC-5) | | |

Status: Read
Platform:

7/26/2025 12:22:47 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x395355 (Table: message, recipient, Size: 17166336 bytes)

**From:** ▇▇▇▇
**To:** ▇▇▇▇0505 dtp (owner)

There's a relatively large, Hispanic constituency in Helena… And nobody else running for office has made their security a major concern.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▇▇▇0505 dtp | 7/26/2025 12:25:06 AM(UTC-5) | | |

Status: Read
Platform:

7/26/2025 12:25:06 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x39523E (Table: message, recipient, Size: 17166336 bytes)

**From:** ▇▇▇▇
**To:** ▇▇▇▇0505 dtp (owner)

There's a relatively large Hispanic constituency in Helena… And nobody else running for office has made their security a major concern.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▇▇▇0505 dtp | 7/26/2025 12:25:06 AM(UTC-5) | | |

Status: Read
Platform:
Label: Edited

7/26/2025 12:25:31 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x395D31 (Table: message, recipient, Size: 17166336 bytes)

**From:** ▇▇▇▇0505 dtp (owner)
**To:** ▇▇▇▇

Heard. I think those positions can accomplish some things. But capitalism is a fucking hydra. One head wont cut it. Im tryna gut that bitch.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇ | 7/26/2025 12:26:07 AM(UTC-5) | 7/26/2025 12:26:46 AM(UTC-5) | |

Status: Read
Platform:

7/26/2025 12:26:07 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x3950FE (Table: message, recipient, Size: 17166336 bytes)

**From:**
**To:** ████ 0505 dtp (owner)
Correct.
Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ 0505 dtp | 7/26/2025 12:26:51 AM(UTC-5) | | |

Status: Read
Platform:

7/26/2025 12:26:51 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC39F5B (Table: message, recipient, Size: 17166336 bytes)

---

**From:** ████ 0505 dtp (owner)
**To:** ████
I practice chaos magic and my matron is Hekate. I mostly work with energy.
Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ | 8/10/2025 4:08:00 PM(UTC-5) | 8/10/2025 4:50:13 PM(UTC-5) | |

Status: Read
Platform:

8/10/2025 4:08:00 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db-wal/signal.db.decrypted-wal : 0x2AE5CD (Table: message, Size: 4223032 bytes)
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x2F2DE5 (Table: recipient, Size: 17166336 bytes)

---

**From:**
**To:** +████ 0505 dtp (owner)
Classical; venerable; a real student of the old ways. Glad to be in your presence.
Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████ 0505 dtp | 8/10/2025 4:50:44 PM(UTC-5) | | |

Status: Read
Platform:

8/10/2025 4:50:39 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db-wal/signal.db.decrypted-wal : 0x2AE6FB (Table: message, Size: 4223032 bytes)
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB49F84 (Table: recipient, Size: 17166336 bytes)







**From:**
**To:** ▮▮▮▮0505 dtp (owner)

Useful skill to have. Very useful, even. We'll need all that, every now and again. This place really pulses with it, in a way no other place I've been to does. I think it's all the contrasts - rich next to poor, cities next to trees, life next to rot.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮0505 dtp | 8/10/2025 5:01:10 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/10/2025 5:01:09 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db-wal/signal.db.decrypted-wal : 0x2AED75 (Table: message, Size: 4223032 bytes)
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB49F84 (Table: recipient, Size: 17166336 bytes)



**From:**
**To:** ▮▮▮▮0505 dtp (owner)

I don't really do exorcisms, I kinda do the other way round...

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12055690505 dtp | 8/10/2025 5:02:24 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/10/2025 5:02:24 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db-wal/signal.db.decrypted-wal : 0x2DD399 (Table: message, Size: 4223032 bytes)
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB49F84 (Table: recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮0505 dtp (owner)
**To:**

This city is an arena for the revolution. I left briefly and the whole time I felt called back.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ | 8/10/2025 5:02:34 PM(UTC-5) | 8/10/2025 5:02:51 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/10/2025 5:02:34 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db-wal/signal.db.decrypted-wal : 0x2DD2E0 (Table: message, Size: 4223032 bytes)
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x2F2DE5 (Table: recipient, Size: 17166336 bytes)







**From:** ████0505 dtp (owner)
**To:** ████

Are u here for the cause or no?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ | 8/16/2025 10:26:49 PM(UTC-5) | 8/16/2025 10:26:58 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/16/2025 10:26:49 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xD85A3B (Table: message, recipient, Size: 17166336 bytes)

---

**From:** ████
**To:** ████0505 dtp (owner)

I don't think I know how to do that.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████0505 dtp | 8/16/2025 10:27:52 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/16/2025 10:27:52 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xD8598E (Table: message, recipient, Size: 17166336 bytes)

---

**From:** ████0505 dtp (owner)
**To:** ████

U wanna learn?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ | 8/16/2025 10:28:07 PM(UTC-5) | 8/16/2025 10:28:23 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/16/2025 10:28:07 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xD85927 (Table: message, recipient, Size: 17166336 bytes)



From:
To: +...0505 dtp (owner)
**Totally!**
Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ...0505 dtp | 8/16/2025 10:28:26 PM(UTC-5) | | |

Status: Read
Platform:

8/16/2025 10:28:26 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xD85898 (Table: message, recipient, Size: 17166336 bytes)



From:
To: ...0505 dtp (owner)

Tbh I'm honestly a little mad they didn't put me in till they did

I sorta feel like if this soul had been here in the 70s we mighta done something really good with it

Assuming I didn't just forget

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ...0505 dtp | 8/18/2025 1:09:54 PM(UTC-5) | | |

Status: Read
Platform:

8/18/2025 1:08:56 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xBCE691 (Table: message, recipient, Size: 17166336 bytes)



From: ...0505 dtp (owner)
To:

Fuck what you could've done. Focus on what youre gonna do.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 8/18/2025 11:28:23 PM(UTC-5) | 8/19/2025 12:15:14 AM(UTC-5) | |

Status: Read
Platform:

8/18/2025 11:28:23 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC95F58 (Table: message, recipient, Size: 17166336 bytes)

14



