


**Extraction Report** - Google Android Generic

### Chats (1)

### Native Messages

#### Native (1)

| # | | Deleted | * |
|---|---|---|---|
| 1 | **Start Time:** 6/14/2025 11:21:39 AM(UTC-5)<br>**Last Activity:** 8/23/2025 9:42:42 PM(UTC-5)<br>**Number of attachments:** 388<br>**Source:** Native Messages<br>**Chat Type:** Unknown<br>**Source file:** EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x40361F7 (Table: pdu, sms, canonical_addresses, Size: 74452992 bytes)<br>EXTRACTION_FFS.zip/data/data/com.samsung.android.messaging/databases/message_content.db : 0x2A0B157 (Table: recipients, Size: 48283648 bytes)<br>**Source Extraction:** File System (1)<br>**Body file:** chat-0.txt<br><br>**Participants:**<br><br>Boyfriend (Blue) | | |

(owner)
To ▮▮▮▮▮▮

Merc is frfr divinely guided ong. The dude should be dead tbh. Im finding we have a lot of similarities and it gives me hope bc Ive always wanted to be this serious about the movement but Ive been surrounded by people who would rather argue about what tactics are right and wrong.

Last night, we saw these people on ATVs getting chased by the cops and we legit just hoped up and went after them. And we did that bc there was a high chance if the cops caught them that those people would be killed. And for what? Dicking around on an ATV? We weren't able to catch up to them, unfortunately. But I told Merc I had no clue what I was gonna do when we got there, I figured Id start recording and just follow Mercs lead.

If Tommy and those other white folks were there, we wouldve never left bc bitches would still be talking about right and wrong while those peoples lives were in danger.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Status:** Sent
**Platform:**

7/19/2025 11:52:02 AM(UTC-5)

**Source Extraction:**
File System (1)
**Source Info:**
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x43D111E (Table: im, Size: 74452992 bytes)

```
2:25-cr-00580-AMM-SGC
03/06/26 DET. HEARING
GOVT EX NO 24
```

(owner)
To: +[redacted]
We got a LOT going on today.
**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | | |

**Status:** Sent
**Platform:**

8/21/2025 5:37:37 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x46C1A48 (Table: im, Size: 74452992 bytes)

From: [redacted] Boyfriend
Yeah, I looked at the date and remembered.

May Hecate keep you all safe.
I just tipped my hat to my statue

I'm not wearing a hat
**Priority:** Normal
**Status:** Read
**Platform:**

8/21/2025 5:39:10 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x46C2E60 (Table: sms, Size: 74452992 bytes)

(owner)
To: [redacted]
Just so you have it, my moms number is [redacted]
**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | | |

**Status:** Sent
**Platform:**

8/21/2025 5:47:17 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x46C18ED (Table: im, Size: 74452992 bytes)

2



(owner)
To:
U may not hear much from me over the next day or so. Ill reach out when I can ♥
Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

Status: Sent
Platform:

8/21/2025 5:48:56 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x46C1774 (Table: im, Size: 74452992 bytes)

(owner)
To:
As of right now no, but if I do Ill text you cats. I should give you a run down on what all they need day to day.
Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

Status: Sent
Platform:

8/21/2025 5:51:12 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x46C146E (Table: im, Size: 74452992 bytes)

From:
Just got off the phone with MERC that man is a talker.
Priority: Normal
Status: Read
Platform:

8/21/2025 6:36:50 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x46C2878 (Table: sms, Size: 74452992 bytes)



> (owner)
> Ur fkn tellin me  why do u think im always talking to merc
>
> **Priority:** Normal
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> |  |  |  |  |
>
> **Status:** Sent
> **Platform:**
>
> 8/21/2025 8:09:13 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x46C5C87 (Table: im, Size: 74452992 bytes)



> From:
> Cuz he's V
>
> **Priority:** Normal
> **Status:** Read
> **Platform:**
>
> 8/21/2025 8:09:33 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x46C264C (Table: sms, Size: 74452992 bytes)

> From:
> Also, I know you've got a lot going on today so I just want you to know that I love you and I pray to Hecate for your protection this weekend.
>
> **Priority:** Normal
> **Status:** Read
> **Platform:**
>
> 8/22/2025 1:22:31 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x46CC924 (Table: sms, Size: 74452992 bytes)

(owner)
To: █████████████████

**At RT. Ty baby ♥ Seen a lot of black dogs today**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████████ Hill | | | |

**Status:** Sent
**Platform:**

8/22/2025 6:03:18 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x46C9A19
(Table: im, Size: 74452992 bytes)