2026 Mar-06 PM 05:46
U.S. DISTRICT COURT
N.D. OF ALABAMA





**Extraction Report** - Google Android Generic

---

## Chats (1)

---

### Signal Private Messenger



| # | | Deleted | * |
|---|---|---|---|
| 1 | **Start Time:** 7/28/2025 1:14:41 AM(UTC-5) <br> **Last Activity:** 8/28/2025 7:30:41 PM(UTC-5) <br> **Number of attachments:** 8 <br> **Source:** Signal Private Messenger <br> **Account:** ▇ <br> **Chat Type:** Unknown <br> **Source file:** EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC3925B (Table: message, thread, recipient, Size: 17166336 bytes) <br> **Source Extraction:** File System (1) <br> **Body file:** chat-0.txt <br><br> Participants: <br><br> dtp (owner) <br><br> Merc Southall | | |



From: ▇ | Merc Southall
To: ▇ p (owner)

**In reference to your demon head.**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇ dtp | 7/28/2025 1:14:43 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/28/2025 1:14:41 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xC3925B (Table: message, recipient, Size: 17166336 bytes)

2:25-cr-00580-AMM-SGC
03/06/26 DET. HEARING
GOVT EX NO 25



From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮ Merc Southall

I like u too  Fr excited to fuck up some nazis with u.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮ | Merc Southall | 7/28/2025 1:17:28 AM(UTC-5) | 7/28/2025 1:25:39 AM(UTC-5) | |

Status: Read

Platform:

7/28/2025 1:17:28 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0xC391BA (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮ dtp (owner)

Hi

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮ | dtp | 8/22/2025 4:26:48 PM(UTC-5) | | |

Status: Read

Platform:

8/22/2025 4:26:48 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x4B6CB2 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮ Merc Southall

Hey

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮ Southall | Merc | 8/22/2025 4:26:53 PM(UTC-5) | 8/22/2025 4:26:55 PM(UTC-5) | |

Status: Read

Platform:

8/22/2025 4:26:53 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x4B6C56 (Table: message, recipient, Size: 17166336 bytes)

2



From: ▮▮▮ dtp (owner)
To: ▮▮▮ Merc Southall

**I think ur pretty fkn cool btw**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮ Merc Southall | Merc | 8/22/2025 4:27:08 PM(UTC-5) | 8/22/2025 4:27:53 PM(UTC-5) | |

Status: Read
Platform:

8/22/2025 4:27:08 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x4B6BD5 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮ dtp (owner)
To: ▮▮▮ Merc Southall

**I set my girls up with some more food to drop. About to head out momentarily.**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Merc Southall | 8/22/2025 4:27:45 PM(UTC-5) | 8/22/2025 4:27:53 PM(UTC-5) | |

Status: Read
Platform:

8/22/2025 4:27:45 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x4B6B30 (Table: message, recipient, Size: 17166336 bytes)



↩

From: ▮▮▮ Merc Southall
To: ▮▮▮ p (owner)

**Likewise comrade**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ dtp | 8/22/2025 4:28:11 PM(UTC-5) | | |

Status: Read
Platform:
Label: Reply

8/22/2025 4:28:10 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x4B6A72 (Table: message, recipient, Size: 17166336 bytes)



From: ▓▓▓▓▓▓ dtp (owner)
To: ▓▓▓▓▓ Merc Southall

**We need ice right?**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ Merc Southall | 8/22/2025 5:00:34 PM(UTC-5) | 8/22/2025 5:18:30 PM(UTC-5) | |

Status: Read
Platform:

8/22/2025 5:00:34 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x4B6A07 (Table: message, recipient, Size: 17166336 bytes)



From: ▓▓▓▓▓ Merc Southall
To: ▓▓▓▓▓ dtp (owner)

**Yeah**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ dtp | 8/22/2025 5:18:39 PM(UTC-5) | | |

Status: Read
Platform:

8/22/2025 5:18:36 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x4B697C (Table: message, recipient, Size: 17166336 bytes)



From: ▓▓▓▓▓ dtp (owner)
To: ▓▓▓▓▓ Merc Southall

**Should be there in 20**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ Merc Southall | 8/22/2025 5:34:05 PM(UTC-5) | 8/22/2025 6:02:37 PM(UTC-5) | |

Status: Read
Platform:

8/22/2025 5:34:05 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x4B6806 (Table: message, recipient, Size: 17166336 bytes)



**From:** ▓▓▓▓ dtp (owner)
**To:** ▓▓▓▓ Merc Southall

U okay?

**Priority:** Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▓▓▓▓ Southall | Merc | 8/22/2025 5:59:32 PM(UTC-5) | 8/22/2025 6:02:37 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/22/2025 5:59:32 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xDFFC2B (Table: message, recipient, Size: 17166336 bytes)



**From:** ▓▓▓▓ Merc Southall
**To:** ▓▓▓▓ dtp (owner)

Yea

**Priority:** Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▓▓▓▓ | dtp | 8/22/2025 6:04:42 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/22/2025 6:04:41 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xDFF6CC (Table: message, recipient, Size: 17166336 bytes)

**From:** ▓▓▓▓ dtp (owner)
**To:** ▓▓▓▓ erc Southall

I got the cover.

**Priority:** Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▓▓▓▓ Southall | Merc | 8/22/2025 6:05:15 PM(UTC-5) | 8/22/2025 6:05:55 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/22/2025 6:05:15 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xDFFF82 (Table: message, recipient, Size: 17166336 bytes)





**From:** [redacted] dtp (owner)
**To:** [redacted] Merc Southall

### Lamont

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Merc Southall | 8/22/2025 6:05:33 PM(UTC-5) | 8/22/2025 6:05:55 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/22/2025 6:05:33 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xDFFF24 (Table: message, recipient, Size: 17166336 bytes)



**From:** [redacted] dtp (owner)
**To:** [redacted] Merc Southall

### Didnt mean to send that last text fr

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Merc Southall | 8/22/2025 6:14:52 PM(UTC-5) | 8/22/2025 6:32:31 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/22/2025 6:14:52 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.d
ecrypted : 0xDFFE9F (Table: message, recipient, Size: 17166336 bytes)



**From:** [redacted] Merc Southall
**To:** [redacted] p (owner)

### Calling me another dude name after all we have been through lils... wow

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 8/22/2025 6:33:03 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/22/2025 6:33:02 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xDFFDD0
(Table: message, recipient, Size: 17166336 bytes)



**From:** [REDACTED] dtp (owner)
**To:** [REDACTED] Merc Southall

IM SORRY I WAS GONNA SAY SOMETHING BUT MY BRAIN DIDNT WORK

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] Merc Southall | 8/22/2025 6:33:19 PM(UTC-5) | 8/22/2025 6:33:19 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/22/2025 6:33:19 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0xDFFD3C (Table: message, recipient, Size: 17166336 bytes)



**From:** [REDACTED] dtp (owner)
**To:** [REDACTED] Merc Southall

Were getting everything set up. What do u wanna watch tn?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] Merc Southall | 8/22/2025 7:18:49 PM(UTC-5) | 8/22/2025 11:23:51 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/22/2025 7:18:49 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0xDFF50A (Table: message, recipient, Size: 17166336 bytes)



**From:** [REDACTED] dtp (owner)
**To:** [REDACTED] erc Southall

Dude i didnt give you this car cover

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] Merc Southall | 8/22/2025 11:23:01 PM(UTC-5) | 8/22/2025 11:23:51 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/22/2025 11:23:01 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x6367CF (Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮▮▮ Merc Southall
**To:** ▮▮▮▮▮ dtp (owner)

**I already called shotgun.**

**Priority:** Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | dtp | 8/23/2025 7:12:23 AM(UTC-5) | | |

**Status:** Read
**Platform:**

8/23/2025 7:12:22 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xD497A0 (Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮▮▮ Merc Southall
**To:** ▮▮▮▮▮ dtp (owner)

**Priority:** Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | dtp | 8/23/2025 7:12:36 AM(UTC-5) | | |

**Status:** Read
**Platform:**

8/23/2025 7:12:35 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x1056E26 (Table: message, recipient, Size: 17166336 bytes)

**From:** ▮▮▮▮▮▮ Merc Southall
**To:** ▮▮▮▮▮ p (owner)

**Lol**

**Priority:** Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | dtp | 8/23/2025 7:12:40 AM(UTC-5) | | |

**Status:** Read
**Platform:**

8/23/2025 7:12:40 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x1056D9B (Table: message, recipient, Size: 17166336 bytes)



**From:** [redacted] dtp (owner)
**To:** [redacted] Merc Southall

Had to take a detour. Picking ra up now. Gps says 15 to you.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Merc Southall | 8/23/2025 7:28:02 AM(UTC-5) | 8/23/2025 1:34:39 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/23/2025 7:28:02 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0x1056A77 (Table: message, recipient, Size: 17166336 bytes)



**From:** [redacted] dtp (owner)
**To:** [redacted] merc Southall

Here

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Merc | 8/23/2025 7:43:15 AM(UTC-5) | 8/23/2025 1:34:39 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/23/2025 7:43:15 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x1056A19 (Table: message, recipient, Size: 17166336 bytes)



**From:** [redacted] dtp (owner)
**To:** [redacted] merc Southall

Parked in front of ur neighbors house so u probably can see me but go out and look right

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Merc Southall | 8/23/2025 7:44:57 AM(UTC-5) | 8/23/2025 1:34:39 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/23/2025 7:44:57 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x1056969 (Table:
message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ dtp (owner)
To: ▮▮▮▮ Merc Southall

**Outgoing voice call**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Merc Southall | 8/23/2025 7:47:16 AM(UTC-5) | | |

Status: Read
Platform:
Label: System

8/23/2025 7:47:16 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x1056917 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ dtp (owner)
To: ▮▮▮▮ merc Southall

**Tbh thinking about the supplies ambulances have.**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Merc Southall | 8/23/2025 1:04:45 PM(UTC-5) | 8/23/2025 1:34:39 PM(UTC-5) | |

Status: Read
Platform:

8/23/2025 1:04:45 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted
: 0x1056F62 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ Merc Southall
To: ▮▮▮▮ dtp (owner)

**We gotta link withbthe bailfund and those orgs about getting up some**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ dtp | 8/23/2025 1:35:05 PM(UTC-5) | | |

Status: Read
Platform:

8/23/2025 1:35:04 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x10565A7
(Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮ Merc Southall

Yeah ive got some idea. Also bc im thinking about it. If u need a ride to the hike tomorrow i got u.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮ | Merc Southall | 8/23/2025 3:00:26 PM(UTC-5) | 8/23/2025 3:31:16 PM(UTC-5) | |

Status: Read
Platform:

8/23/2025 3:00:26 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x10564E9 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮ Merc Southall

V grateful for his knowledge but this dude is a fucking bootlicker

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮ | Merc Southall | 8/23/2025 3:31:00 PM(UTC-5) | 8/23/2025 3:31:16 PM(UTC-5) | |

Status: Read
Platform:

8/23/2025 3:31:00 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x1056683 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮ p (owner)

Yarp

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮ | dtp | 8/23/2025 3:31:21 PM(UTC-5) | | |

Status: Read
Platform:

8/23/2025 3:31:21 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x1056ED6 (Table: message, recipient, Size: 17166336 bytes)



From: ███ dtp (owner)
To: ███ Merc Southall

### Bro my blood sugar is dropping and i need carbs

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ Merc Southall | 8/23/2025 4:31:19 PM(UTC-5) | 8/23/2025 4:31:28 PM(UTC-5) | |

Status: Read

Platform:

8/23/2025 4:31:19 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypte
d : 0x10563A4 (Table: message, recipient, Size: 17166336 bytes)



From: ███ Merc Southall
To: ███ dtp (owner)

### You wanna go get some food from somewhere close?

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ dtp | 8/23/2025 4:31:54 PM(UTC-5) | | |

Status: Read

Platform:

8/23/2025 4:31:53 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted
: 0x10562EC (Table: message, recipient, Size: 17166336 bytes)

From: ███ Merc Southall
To: ███ dtp (owner)

### Don't want you to miss the hands on.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ dtp | 8/23/2025 4:32:22 PM(UTC-5) | | |

Status: Read

Platform:

8/23/2025 4:32:21 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x1056240 (Table: message, recipient, Size: 17166336 bytes)



From: ▓▓▓▓▓▓ dtp (owner)
To: ▓▓▓▓▓ Merc Southall

**Am i picking u up tomorrow?**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ Merc Southall | 8/23/2025 9:55:24 PM(UTC-5) | 8/23/2025 10:01:41 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/23/2025 9:55:24 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x3D4740 (Table: message, recipient, Size: 17166336 bytes)

From: ▓▓▓▓▓ Merc Southall
To: ▓▓▓▓▓ dtp (owner)

**Less u know some other  hit crazy chick**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ dtp | 8/23/2025 10:02:14 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/23/2025 10:02:13 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x3D4692 (Table: message, recipient, Size: 17166336 bytes)

From: ▓▓▓▓▓ dtp (owner)
To: ▓▓▓▓▓ Merc Southall

**U calling me crazy??**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ Merc Southall | 8/23/2025 10:12:33 PM(UTC-5) | 8/23/2025 10:29:31 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/23/2025 10:12:33 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x3D45D5 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮ Merc Southall

**Ud be right**

**Priority:** Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮ Merc Southall | Merc | 8/23/2025 10:12:44 PM(UTC-5) | 8/23/2025 10:29:31 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/23/2025 10:12:44 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x3D4572 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮ Merc Southall

**See u at 1130**

**Priority:** Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮ Merc Southall | Merc | 8/23/2025 10:12:48 PM(UTC-5) | 8/23/2025 10:29:31 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/23/2025 10:12:48 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x3D450D (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮ p (owner)

**Hot and crazy**

**Priority:** Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮ dtp | dtp | 8/23/2025 10:29:54 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/23/2025 10:29:53 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x3D4479 (Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮ Merc Southall
**To:** ▮▮▮▮ dtp (owner)

**Def**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮ | dtp | 8/23/2025 10:29:58 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/23/2025 10:29:58 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x3D43EE (Table: message, recipient, Size: 17166336 bytes)

---

**From:** ▮▮▮▮ Merc Southall
**To:** ▮▮▮▮ dtp (owner)

**Lol**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮ | dtp | 8/23/2025 10:30:00 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/23/2025 10:30:00 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x3D4363 (Table: message, recipient, Size: 17166336 bytes)

---



**From:** ▮▮▮▮ Merc Southall
**To:** ▮▮▮▮ p (owner)

**See u tomorrow comrade**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮ | dtp | 8/23/2025 10:30:08 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/23/2025 10:30:08 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x3D42C5 (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] dtp (owner)
To: [redacted] merc Southall

**Feel asleep & am gonna be running late**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Merc Southall | 8/24/2025 11:00:47 AM(UTC-5) | 8/24/2025 11:36:42 AM(UTC-5) | |

Status: Read
Platform:

8/24/2025 11:00:47 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xE30DDB (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] dtp (owner)
To: [redacted] merc Southall

**Be there in >15 min**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Merc Southall | 8/24/2025 11:22:42 AM(UTC-5) | 8/24/2025 11:36:42 AM(UTC-5) | |

Status: Read
Platform:

8/24/2025 11:22:42 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xE30646 (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] dtp (owner)
To: [redacted] merc Southall

**Outgoing voice call**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Merc Southall | 8/24/2025 11:22:54 AM(UTC-5) | | |

Status: Read
Platform:
Label: System

8/24/2025 11:22:54 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xE305F6 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ dtp (owner)
To: ▮▮▮▮ Merc Southall

**Here**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮ Merc Southall | | 8/24/2025 11:36:26 AM(UTC-5) | 8/24/2025 11:36:42 AM(UTC-5) | |

Status: Read
Platform:

8/24/2025 11:36:26 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xE30453 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ dtp (owner)
To: ▮▮▮▮ Merc Southall

**Home, u left ur shades in my car**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮ Merc Southall | | 8/24/2025 9:44:22 PM(UTC-5) | 8/24/2025 9:50:55 PM(UTC-5) | |

Status: Read
Platform:

8/24/2025 9:44:22 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xC84EDD (Table: message, recipient, Size: 17166336 bytes)

From: ▮▮▮▮ dtp (owner)
To: ▮▮▮▮ erc Southall

**Im sorry the phone didn't work out. Sorry you cant have a moment of peace after how busy uve been. I hope youre able to get some rest at some point tn.**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Merc Southall | 8/24/2025 10:33:52 PM(UTC-5) | 8/24/2025 10:34:28 PM(UTC-5) | |

Status: Read
Platform:

8/24/2025 10:33:52 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC843C4 (Table: message, recipient,
Size: 17166336 bytes)



From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮ Merc Southall

**Im about to pass tf out**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Merc Southall | 8/24/2025 10:34:01 PM(UTC-5) | 8/24/2025 10:34:28 PM(UTC-5) | |

Status: Read
Platform:

8/24/2025 10:34:01 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xDB0635 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮ dtp (owner)

**Shid...**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ dtp | 8/24/2025 10:34:34 PM(UTC-5) | | |

Status: Read
Platform:

8/24/2025 10:34:34 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xDB05A7 (Table: message, recipient, Size: 17166336 bytes)

From: ▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮ p (owner)

**Night**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ dtp | 8/24/2025 10:34:44 PM(UTC-5) | | |

Status: Read
Platform:

8/24/2025 10:34:45 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xDB051A (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮▮ Merc Southall

Checking in! Hope u got some rest ln

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮▮ Merc Southall | | 8/25/2025 10:03:22 AM(UTC-5) | 8/25/2025 10:03:31 AM(UTC-5) | |

Status: Read
Platform:

8/25/2025 10:03:22 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xDB09F0 (Table: message, recipient, Size: 17166336 bytes)



↰

From: ▮▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮ dtp (owner)

Lol

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮ dtp | | 8/25/2025 10:03:52 AM(UTC-5) | | |

Status: Read
Platform:
Label: Reply

8/25/2025 10:03:52 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xDB093B (Table: message, recipient, Size: 17166336 bytes)

From: ▮▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮ dtp (owner)

Morning

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮ dtp | | 8/25/2025 10:03:58 AM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 10:03:58 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xDB08AC (Table: message, recipient, Size: 17166336 bytes)



From: [REDACTED] dtp (owner)
To: [REDACTED] Merc Southall

Fkn doing my job after whats going on in this world gives me emotional whiplash

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [REDACTED] | Merc Southall | 8/25/2025 12:31:07 PM(UTC-5) | 8/25/2025 12:31:29 PM(UTC-5) | |

Status: Read
Platform:

8/25/2025 12:31:07 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x103DE3A (Table: message, recipient, Size: 17166336 bytes)



From: [REDACTED] Merc Southall
To: [REDACTED] dtp (owner)

You...

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [REDACTED] | dtp | 8/25/2025 12:36:34 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 12:36:32 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x103DDAB (Table: message, recipient, Size: 17166336 bytes)



From: [REDACTED] Merc Southall
To: [REDACTED] p (owner)

I'm just getting out of bed.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [REDACTED] | dtp | 8/25/2025 12:36:47 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 12:36:46 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x103DC4A (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] Merc Southall
To: [redacted] dtp (owner)

I gotta find a place to go. Take all my stuff.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 8/25/2025 12:39:19 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 12:37:04 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypt
ed : 0x103DB94 (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] Merc Southall
To: [redacted] dtp (owner)

I don't feel like engaging with anyone.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 8/25/2025 12:39:19 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 12:37:26 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x103DAE5 (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] Merc Southall
To: [redacted] p (owner)

I need to work on that page

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 8/25/2025 12:39:19 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 12:37:33 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x103DA42 (Table: message, recipient, Size: 17166336 bytes)



**From:** ▇▇▇▇ | Merc Southall
**To:** ▇▇▇▇ | dtp (owner)

### I'm tired of the letdowns

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇ dtp | 8/25/2025 12:39:19 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/25/2025 12:37:43 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x103D9A1 (Table: message, recipient, Size: 17166336 bytes)



**From:** ▇▇▇▇ | Merc Southall
**To:** ▇▇▇▇ | dtp (owner)

### Lol

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇ dtp | 8/25/2025 12:39:19 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/25/2025 12:37:45 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x103D916 (Table: message, recipient, Size: 17166336 bytes)



**From:** ▇▇▇▇ | dtp (owner)
**To:** ▇▇▇▇ | erc Southall

I would need to ask ▇▇▇▇ but im gonna get my apt in order and if u have nowhere to go u can come stay with me until you get smthn figured out. I can sleep on my couch.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇ Merc Southall | 8/25/2025 12:40:05 PM(UTC-5) | 8/25/2025 12:40:15 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/25/2025 12:40:05 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x103D77E (Table: message, recipient, Size: 17166336 bytes)



**From:** [redacted] dtp (owner)
**To:** [redacted] Merc Southall

I know u dont fr have a car to sleep in and Im not letting you sleep on the street

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Merc Southall | 8/25/2025 12:40:28 PM(UTC-5) | 8/25/2025 12:45:23 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/25/2025 12:40:28 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x103D6D2 (Table: message, recipient, Size: 17166336 bytes)



**From:** [redacted] dtp (owner)
**To:** [redacted] Merc Southall

I knoe your allergic to cats but ive had people in there with allergies before and the air purifier usually helps. One of my cats is obsessed with men tho. Be nice to her pls.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Merc Southall | 8/25/2025 12:41:42 PM(UTC-5) | 8/25/2025 12:45:23 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/25/2025 12:41:42 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x103D5C9 (Table: message, recipient, Size: 17166336 bytes)



**From:** [redacted] Merc Southall
**To:** [redacted] p (owner)

Hey.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 8/25/2025 7:44:58 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/25/2025 7:44:56 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x37D800 (Table: message, recipient, Size: 17166336 bytes)



From: [REDACTED] Merc Southall
To: [REDACTED] dtp (owner)

Haven't been on frfr honestly. I'm a lot down if I'm being honest

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 8/25/2025 7:45:26 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 7:45:25 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x37D99A
(Table: message, recipient, Size: 17166336 bytes)



From: [REDACTED] Merc Southall
To: [REDACTED] dtp (owner)

Watched movies with my sun after he got outta school.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 8/25/2025 7:45:47 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 7:45:46 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0x37D8DC (Table: message, recipient, Size: 17166336 bytes)



From: [REDACTED] dtp (owner)
To: [REDACTED] Merc Southall

Im ngl I got home from work and fkn slept

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] Merc Southall | 8/25/2025 9:43:30 PM(UTC-5) | 8/25/2025 10:22:11 PM(UTC-5) | |

Status: Read
Platform:

8/25/2025 9:43:30 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decry
pted : 0x37D779 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮ Merc Southall
To: ▮▮▮ dtp (owner)

**We all need rest.**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ dtp | 8/25/2025 10:22:23 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 10:22:23 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x37D55A (Table: message, recipient, Size: 17166336 bytes)

**Referencing Boyfriend**



From: ▮▮▮ dtp (owner)
To: ▮▮▮ Merc Southall

Otp with ▮▮▮ and he's like "youre acting different".. i told him basic concepts of why (without telling him anything ofc). Literally did not seem to register at all.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Merc Southall | 8/25/2025 10:29:12 PM(UTC-5) | 8/25/2025 10:46:03 PM(UTC-5) | |

Status: Read
Platform:

8/25/2025 10:29:12 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x37D45B (Table: message, recipient, Size: 17166336 bytes)

From: ▮▮▮ dtp (owner)
To: ▮▮▮ Merc Southall

Its fr one of those situations where I dont think he's been hearing the words coming out of my mouth. Then he told me about a nightmare he had where he was trying to get to my cats but the feds were already here. I tried to tell him that shit actually scares me and he kind of just blew it off.

When I dont answer back, he seems to be more worried that I just dont like him and less worried about whether or not Im alive. Or really anything at all. Its kind of fkn selfish.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Merc Southall | 8/25/2025 10:31:30 PM(UTC-5) | 8/25/2025 10:46:03 PM(UTC-5) | |

Status: Read
Platform:

8/25/2025 10:31:30 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x37D226 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ dtp (owner)
To: ▮▮▮▮ Merc Southall

I know we've only been dating for 2 months but I cant sit by to hold his hand. He says he understand but then he acts like this and Im at a loss over it tbh.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮ | Merc Southall | 8/25/2025 10:32:35 PM(UTC-5) | 8/25/2025 10:46:03 PM(UTC-5) | |

Status: Read
Platform:

8/25/2025 10:32:35 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x37D12F (Table: message, recipient, Size: 17166336 bytes)

From: ▮▮▮▮ dtp (owner)
To: ▮▮▮▮ Merc Southall

Especially bc I feel like Im getting by on luck and that luck probably has more to do with my white skin than anything. I was gonna say this last night but he just doesnt understand and I fear Im outgrowing him fast as fuck. And the more he focuses on shit like we're having some kind of elementary school romance, the more apparent that becomes.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮ | Merc Southall | 8/25/2025 10:34:56 PM(UTC-5) | 8/25/2025 10:46:03 PM(UTC-5) | |

Status: Read
Platform:

8/25/2025 10:34:56 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xE2DE2D (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ Merc Southall
To: ▮▮▮▮ p (owner)

Do you feel different?

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮ | dtp | 8/25/2025 10:47:12 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 10:47:12 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xE2DD3E (Table: message, recipient, Size: 17166336 bytes)



From: ███ dtp (owner)
To: ███ Merc Southall

**I mean yeah. How could I not?**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ███ Southall | Merc | 8/25/2025 11:26:14 PM(UTC-5) | 8/25/2025 11:34:28 PM(UTC-5) | |

**Status**: Read
**Platform**:

8/25/2025 11:26:14 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xE2DCC8 (Table: message, recipient, Size: 17166336 bytes)



From: ███ dtp (owner)
To: ███ Merc Southall

**We did keep talking and he realized that he sounds fkn dumb. I told him its frustrating that thats what he worried about when he should be worried about my safety. He deadass said he was less concerned about it bc I was with you**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ Merc Southall | 8/25/2025 11:27:51 PM(UTC-5) | 8/25/2025 11:34:28 PM(UTC-5) | |

**Status**: Read
**Platform**:

8/25/2025 11:27:51 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xE2DB87 (Table: message, recipient, Size: 17166336 bytes)



From: ███ dtp (owner)
To: ███ erc Southall

**At least he's not the jealous type?**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ███ Southall | Merc | 8/25/2025 11:28:06 PM(UTC-5) | 8/25/2025 11:34:28 PM(UTC-5) | |

**Status**: Read
**Platform**:

8/25/2025 11:28:06 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xE2DAFA (Table: message, recipient, Size: 17166336 bytes)

From: [redacted] dtp (owner)
To: [redacted] Merc Southall

To be so clear, I dont feel bad. I dont feel like Ive made a mistake. I feel like my life has led up to this point. I genuinely dont see any other way it couldve gone without sacrificing who I am and what I stand for. But at the same time, theres parts of all this that I couldnt have anticipated. Im just trying to process all of it. I hope this doesnt sound weird or concering.

Priority: Normal

| Participant | | Delivered | Read | Played |
| --- | --- | --- | --- | --- |
| [redacted] | Merc Southall | 8/25/2025 11:34:00 PM(UTC-5) | 8/25/2025 11:34:28 PM(UTC-5) | |

Status: Read
Platform:

8/25/2025 11:34:00 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xE2D91B (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] Merc Southall
To: [redacted] dtp (owner)

He did say tag
Priority: Normal

| Participant | | Delivered | Read | Played |
| --- | --- | --- | --- | --- |
| [redacted] | dtp | 8/25/2025 11:35:24 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 11:35:23 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xE2D884 (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] Merc Southall
To: [redacted] p (owner)

Lol
Priority: Normal

| Participant | | Delivered | Read | Played |
| --- | --- | --- | --- | --- |
| [redacted] | dtp | 8/25/2025 11:35:25 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 11:35:25 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xE2D7F9 (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] dtp (owner)
To: [redacted] Merc Southall

I was a little worried he was gonna be jealous but he's not even concerned about that. I think he's got a lil crush on you lmaooo

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [redacted] | Merc Southall | 8/25/2025 11:36:42 PM(UTC-5) | 8/25/2025 11:36:43 PM(UTC-5) | |

Status: Read
Platform:

8/25/2025 11:36:42 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xE2D71F (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] Merc Southall
To: [redacted] dtp (owner)

Y can't I find a woman with one? Lol. Some bullshit.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [redacted] | dtp | 8/25/2025 11:37:32 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 11:37:31 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xE2D662 (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] dtp (owner)
To: [redacted] erc Southall

But we're alright now that I was deadass like "Can you fkn quit worrying about dumb shit? You know who the fuck I am. You can guess what the fuck Im up to. And the fact that your main concern isnt my safety is bullshit."

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [redacted] | Merc Southall | 8/25/2025 11:37:56 PM(UTC-5) | 8/25/2025 11:37:57 PM(UTC-5) | |

Status: Read
Platform:

8/25/2025 11:37:56 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xE2D52D (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ Merc Southall
To: ▮▮▮▮ dtp (owner)

### It's new to him is all

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 8/25/2025 11:38:41 PM(UTC-5) | | |

**Status:** Read

**Platform:**

8/25/2025 11:38:40 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xE2D48E (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮ merc Southall

### I have limited patience for ignorance fr.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Merc Southall | 8/25/2025 11:39:09 PM(UTC-5) | 8/25/2025 11:39:09 PM(UTC-5) | |

**Status:** Read

**Platform:**

8/25/2025 11:39:09 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.d
ecrypted : 0xE2D40C (Table: message, recipient, Size: 17166336 bytes)

From: ▮▮▮▮▮▮ Merc Southall
To: ▮▮▮▮ p (owner)

### Understand

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 8/25/2025 11:39:24 PM(UTC-5) | | |

**Status:** Read

**Platform:**

8/25/2025 11:39:23 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xE2D37B (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ Merc Southall
To: ▮▮▮▮ dtp (owner)

**Did u start dating as soon as u went to rev theater?**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ dtp | 8/25/2025 11:39:55 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 11:39:55 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0xE2D2BF (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮ Merc Southall

**Pretty much**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Merc Southall | 8/25/2025 11:41:24 PM(UTC-5) | 8/25/2025 11:41:32 PM(UTC-5) | |

Status: Read
Platform:

8/25/2025 11:41:24 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xE2D256 (Table: message, recipient, Size: 17166336 bytes)

From: ▮▮▮▮▮ Merc Southall
To: ▮▮▮▮ dtp (owner)

**Revolutionary suicide**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ dtp | 8/25/2025 11:41:53 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 11:41:53 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xE2D1BA (Table: message, recipient, Size: 17166336 bytes)

From: ▓▓▓▓▓▓ dtp (owner)
To: ▓▓▓▓▓ Merc Southall

We started talking as soon as I left DSA and i think I was at RT like 2 weeks later.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▓▓▓▓▓▓ | Merc Southall | 8/25/2025 11:41:55 PM(UTC-5) | 8/25/2025 11:41:55 PM(UTC-5) | |

Status: Read
Platform:

8/25/2025 11:41:55 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xE2D10D (Table: message, recipient, Size: 17166336 bytes)



↩

From: ▓▓▓▓▓▓ dtp (owner)
To: ▓▓▓▓▓ Merc Southall

I fear I know what this means

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▓▓▓▓▓▓ | Merc Southall | 8/25/2025 11:42:11 PM(UTC-5) | 8/25/2025 11:42:11 PM(UTC-5) | |

Status: Read
Platform:
Label: Reply

8/25/2025 11:42:11 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xE2D070 (Table: message, recipient, Size: 17166336 bytes)

From: ▓▓▓▓▓▓ Merc Southall
To: ▓▓▓▓▓ dtp (owner)

I don't think uve read it yet

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▓▓▓▓▓▓ | dtp | 8/25/2025 11:42:29 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 11:42:28 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCD3F46 (Table: message, recipient, Size: 17166336 bytes)



From: ███████ dtp (owner)
To: ███████ Merc Southall

**Is it a book?**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Merc Southall | 8/25/2025 11:43:18 PM(UTC-5) | 8/25/2025 11:43:25 PM(UTC-5) | |

Status: Read

Platform:

8/25/2025 11:43:18 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xCD3EE0 (Table: message, recipient, Size: 17166336 bytes)



From: ███████ Merc Southall
To: ███████ dtp (owner)

**Yeah. By huey p.**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ dtp | 8/25/2025 11:43:35 PM(UTC-5) | | |

Status: Read

Platform:

8/25/2025 11:43:35 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xCD3E49 (Table: message, recipient, Size: 17166336 bytes)



From: ███████ dtp (owner)
To: ███████ Merc Southall

**Ill look it up**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Merc Southall | 8/25/2025 11:45:03 PM(UTC-5) | 8/25/2025 11:46:34 PM(UTC-5) | |

Status: Read

Platform:

8/25/2025 11:45:03 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xCD3DE2 (Table: message, recipient, Size: 17166336 bytes)



**From:** [redacted] Merc Southall
**To:** [redacted] dtp (owner)

**Attachments:**

Size: 166082
File name: part6376558422001724731.mms.
part6376558422001724731.mms.

**Priority:** Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [redacted] | dtp | 8/25/2025 11:46:43 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/25/2025 11:46:40 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xCD3C6A (Table: message, recipient, attachment, Size: 17166336 bytes)
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/app_parts/part6376558422001
724731.mms/part6376558422001724731.mms. :

---

**From:** [redacted] Merc Southall
**To:** [redacted] dtp (owner)

**Attachments:**

Size: 191041
File name: part1522687140114196493.mms.
part1522687140114196493.mms.

**Priority:** Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [redacted] | dtp | 8/25/2025 11:46:47 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/25/2025 11:46:45 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xCD3D5B (Table: message, recipient, attachment, Size: 17166336 bytes)
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/app_parts/part1522687140114
196493.mms/part1522687140114196493.mms. :

---

Q  by rejecting the love of o...

**Sacrifice for the Cause:**

The core idea is that by forsaking the bonds of personal love and individual attachments, a person can become completely devoted to the revolution and its goals.

**Transcendence and Eternal Life:**

This act of self-sacrifice is framed as a way to achieve a higher state of being, akin to "eternal life" or a spiritual transcendence that goes beyond the individual life.

Context

**Revolutionary Suicide:**

The concept of "revolutionary suicide" itself, as articulated by Newton, suggests a form of protest where one rejects the oppressive systems of society by affirming their own freedom and spirit, even in the face of death.

**Affirmation of Life:**

Despite the name, revolutionary suicide is not simply an act of despair but a powerful assertion of will and a affirmation of life in the face of death, similar to the life-affirming aspects of Nietzschean philosophy.



From: ███████ dtp (owner)
To: ███████ Merc Southall

So thats the exact shit thats been going through my mind. Its been going through my mind for a while. I just hadnt taken action.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ███████ | Merc Southall | 8/25/2025 11:48:58 PM(UTC-5) | 8/25/2025 11:49:06 PM(UTC-5) | |

Status: Read

Platform:

8/25/2025 11:48:58 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCD3B91 (Table: message, recipient, Size: 17166336 bytes)



From: ███████ Merc Southall
To: ███████ dtp (owner)

Haven't taken action but you starting to

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ███████ | dtp | 8/25/2025 11:50:17 PM(UTC-5) | | |

Status: Read

Platform:

Label: Reply

8/25/2025 11:50:17 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCD3A59 (Table: message, recipient, Size: 17166336 bytes)



From: ███████ dtp (owner)
To: ███████ Merc Southall

Action brings a whole new light to a lot of this. Ive always been a philosopher. Never read shit fr bc whenever I did I would find that either it was a bitchy white man or they were saying the same shit I had already thought about.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ███████ | Merc Southall | 8/25/2025 11:50:27 PM(UTC-5) | 8/25/2025 11:50:50 PM(UTC-5) | |

Status: Read

Platform:

8/25/2025 11:50:27 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCD3918 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ Merc Southall
To: ▮▮▮▮ dtp (owner)

You still gotta sit on your hands too though.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 8/25/2025 11:53:03 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 11:53:03 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decryp
ted : 0xCD3862 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ Merc Southall
To: ▮▮▮▮ dtp (owner)

Sometimes not all the time

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 8/25/2025 11:53:32 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 11:53:31 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xCD37C0 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ dtp (owner)
To: ▮▮▮▮ Merc Southall

You dont have to worry about me popping off out of nowhere. This isnt a game and its not a joke.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Merc Southall | 8/25/2025 11:53:36 PM(UTC-5) | 8/25/2025 11:53:36 PM(UTC-5) | |

Status: Read
Platform:

8/25/2025 11:53:36 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCD3707 (Table: message, recipient, Size: 17166336 bytes)



From: ▇▇▇▇▇ Merc Southall
To: ▇▇▇▇▇ dtp (owner)

**And what did those eyes mean?**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇ dtp | 8/25/2025 11:53:46 PM(UTC-5) | | |

Status: Read

Platform:

8/25/2025 11:53:46 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xCD3661 (Table: message, recipient, Size: 17166336 bytes)

From: ▇▇▇▇▇ Merc Southall
To: ▇▇▇▇▇ dtp (owner)

**A woman that isn't fuccking nuts**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇ dtp | 8/25/2025 11:54:05 PM(UTC-5) | | |

Status: Read

Platform:

8/25/2025 11:54:05 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xCD35B9 (Table: message, recipient, Size: 17166336 bytes)



From: ▇▇▇▇▇ dtp (owner)
To: ▇▇▇▇▇ erc Southall

**DAMN**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇ Merc Southall | 8/25/2025 11:54:13 PM(UTC-5) | 8/25/2025 11:54:13 PM(UTC-5) | |

Status: Read

Platform:

8/25/2025 11:54:13 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xCD3CF1 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮▮ Merc Southall

**Shit my bad for getting some butteflies after u saved my life ♂**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮ | Merc Southall | 8/25/2025 11:54:37 PM(UTC-5) | 8/25/2025 11:54:37 PM(UTC-5) | |

Status: Read
Platform:

8/25/2025 11:54:37 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCD350D
(Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮▮ dtp (owner)

**Don't judge me from the one lady that keeps popping up.**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮ | dtp | 8/25/2025 11:54:47 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 11:54:46 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0xCD344D (Table: message, recipient, Size: 17166336 bytes)



↩

From: ▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮ p (owner)

**Uh... what?**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮ | dtp | 8/25/2025 11:54:56 PM(UTC-5) | | |

Status: Read
Platform:
Label: Reply

8/25/2025 11:54:55 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xCD3360 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮ Merc Southall

### Its a joke Merc

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Merc Southall | 8/25/2025 11:55:11 PM(UTC-5) | 8/25/2025 11:55:11 PM(UTC-5) | |

**Status:** Read

**Platform:**

8/25/2025 11:55:11 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xCD32F2 (Table: message, recipient, Size: 17166336 bytes)

From: ▮▮▮▮ Merc Southall
To: ▮▮▮▮ dtp (owner)

### Lookin

**Attachments:**



Size: 167555
File name: part7411425047839204126.mms.
part7411425047839204126.mms.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 8/25/2025 11:56:30 PM(UTC-5) | | |

**Status:** Read

**Platform:**

8/25/2025 11:56:26 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xCD31DA (Table: message, recipient, attachment, Size: 17166336 bytes)
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/app_parts/part7411425047839
204126.mms/part7411425047839204126.mms. :



From: ▇▇▇▇ | Merc Southall
To: ▇▇▇▇ dtp (owner)

Lol

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▇▇▇▇ | dtp | 8/25/2025 11:56:34 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 11:56:33 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xCD3268 (Table: message, recipient, Size: 17166336 bytes)

From: ▇▇▇▇ | Merc Southall
To: ▇▇▇▇ dtp (owner)

What did you say!? Lol

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▇▇▇▇ | dtp | 8/25/2025 11:56:47 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 11:56:46 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xCD313C (Table: message, recipient, Size: 17166336 bytes)



From: ▇▇▇▇ | Merc Southall
To: ▇▇▇▇ p (owner)

I was like when I saved your life number one.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▇▇▇▇ | dtp | 8/25/2025 11:57:04 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 11:57:03 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decryp
ted : 0xCD3087 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮ Merc Southall

I was giving a dramatic reiteration of when you carried my dumbass out of the woods

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮ Merc Southall | | 8/25/2025 11:57:37 PM(UTC-5) | 8/25/2025 11:57:37 PM(UTC-5) | |

Status: Read
Platform:

8/25/2025 11:57:37 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCBDF3F (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ Merc Southall
To: ▮▮▮▮ dtp (owner)

That piggy back ride and candy hardly counts.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮ dtp | | 8/25/2025 11:58:52 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 11:58:51 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCBDD36 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ Merc Southall
To: ▮▮▮▮ p (owner)

I've been ridden harder.. lmfao.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮ dtp | | 8/25/2025 11:59:21 PM(UTC-5) | | |

Status: Read
Platform:

8/25/2025 11:59:21 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCBDE96 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮ merc Southall

Well like I said, last time I did shrooms, I was left to have a breakdown by myself.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮ | Merc Southall | 8/26/2025 12:02:28 AM(UTC-5) | 8/26/2025 12:02:35 AM(UTC-5) | |

Status: Read

Platform:

8/26/2025 12:02:28 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCBDC89 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮ merc Southall

So it meant a lot to me.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮ | Merc Southall | 8/26/2025 12:02:35 AM(UTC-5) | 8/26/2025 12:02:35 AM(UTC-5) | |

Status: Read

Platform:

8/26/2025 12:02:35 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCBDE23 (Table: message, recipient, Size: 17166336 bytes)

From: ▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮ p (owner)

Now if you saying you felt something I hope you know I would never make fun of you.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮ | dtp | 8/26/2025 12:03:14 AM(UTC-5) | | |

Status: Read

Platform:

8/26/2025 12:03:13 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCBDA25 (Table: message, recipient, Size: 17166336 bytes)



From: ████████ Merc Southall
To: ████████ dtp (owner)

**You mean a lot.**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ████████ | dtp | 8/26/2025 12:03:33 AM(UTC-5) | | |

Status: Read
Platform:
Label: Reply

8/26/2025 12:03:33 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xCBDBD2 (Table: message, recipient, Size: 17166336 bytes)



From: ████████ dtp (owner)
To: ████████ Merc Southall

**Fkn ████ in my goddamn ear saying that Im the evie to your V and i fr wish he'd stfu Espe ███ bc I wouldve killed that bishop myself.**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ████████ | Merc Southall | 8/26/2025 12:13:30 AM(UTC-5) | 8/26/2025 12:13:30 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 12:13:30 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCBD501 (Table: message, recipient, Size: 17166336 bytes)



From: ████████ Merc Southall
To: ████████ dtp (owner)

**What does that make him ? The police inspector? Lol**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ████████ | dtp | 8/26/2025 12:15:12 AM(UTC-5) | | |

Status: Read
Platform:
Label: Reply

8/26/2025 12:15:12 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0xCBD2A7 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ Merc Southall
To: ▮▮▮▮ p (owner)

**I'm not trying to die! Fuck all that.**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮ | dtp | 8/26/2025 12:15:43 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 12:15:42 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xCBD1F9 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ Merc Southall
To: ▮▮▮▮ dtp (owner)

**Why he trying to kill me off**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮ | dtp | 8/26/2025 12:15:51 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 12:15:51 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xCBD155 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ dtp (owner)
To: ▮▮▮▮ Merc Southall

I dont think he actually understands what he's saying tho... but we just got off the phone and he called me back to say that your the doctor. The doctor notoriously comes in between relationships and no ones mad at him for it bc he's the doctor.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮ | Merc Southall | 8/26/2025 12:15:54 AM(UTC-5) | 8/26/2025 12:15:54 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 12:15:54 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xD79E9D (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] Merc Southall
To: [redacted] dtp (owner)

**The doctor?**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [redacted] | dtp | 8/26/2025 12:16:37 AM(UTC-5) | | |

Status: Read

Platform:

8/26/2025 12:16:37 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xD79E09 (Table: message, recipient, Size: 17166336 bytes)

---

From: [redacted] Merc Southall
To: [redacted] dtp (owner)

**Man...**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [redacted] | dtp | 8/26/2025 12:16:42 AM(UTC-5) | | |

Status: Read

Platform:

8/26/2025 12:16:41 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xD79D7B (Table: message, recipient, Size: 17166336 bytes)

---



From: [redacted] dtp (owner)
To: [redacted] Merc Southall

♂ I got enough shit going on in my head rn dude.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [redacted] | Merc Southall | 8/26/2025 12:16:43 AM(UTC-5) | 8/26/2025 12:16:44 AM(UTC-5) | |

Status: Read

Platform:

8/26/2025 12:16:43 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0xD79CE6 (Table: message, recipient, Size: 17166336 bytes)



From: ▓▓▓▓▓▓ dtp (owner)
To: ▓▓▓▓ Merc Southall

**Doctor Who**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▓▓▓▓▓▓ Merc Southall | | 8/26/2025 12:16:47 AM(UTC-5) | 8/26/2025 12:16:47 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 12:16:47 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xD79C82 (Table: message, recipient, Size: 17166336 bytes)



From: ▓▓▓▓▓▓ Merc Southall
To: ▓▓▓▓ dtp (owner)

**Oh..**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▓▓▓▓▓▓ dtp | | 8/26/2025 12:16:53 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 12:16:53 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xD79BF7 (Table: message, recipient, Size: 17166336 bytes)

From: ▓▓▓▓▓▓ Merc Southall
To: ▓▓▓▓ p (owner)

**I haven't watched it..**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▓▓▓▓▓▓ dtp | | 8/26/2025 12:17:03 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 12:17:03 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xD79B59 (Table: message, recipient, Size: 17166336 bytes)



From: ██████ dtp (owner)
To: ██████ Merc Southall

## Its nerdy af

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ Merc Southall | 8/26/2025 12:17:10 AM(UTC-5) | 8/26/2025 12:17:10 AM(UTC-5) | |

**Status:** Read
**Platform:**

8/26/2025 12:17:10 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xD79AF4 (Table: message, recipient, Size: 17166336 bytes)



From: ██████ dtp (owner)
To: ██████ Merc Southall

IM NOT THE ONE WHOS SAYING THIS FOR ONE. Im well aware. HE keeps saying shit like that.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ Merc Southall | 8/26/2025 12:18:38 AM(UTC-5) | 8/26/2025 12:18:38 AM(UTC-5) | |

**Status:** Read
**Platform:**

8/26/2025 12:18:38 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xD79881 (Table: message, recipient, Size: 17166336 bytes)



From: ██████ dtp (owner)
To: ██████ erc Southall

Of all the shit he was worried about he was only worried about you once and then after that said the shit about v and the doctor and Im like "Do you hear the words coming out of your mouth?"

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ Merc Southall | 8/26/2025 12:19:31 AM(UTC-5) | 8/26/2025 12:19:38 AM(UTC-5) | |

**Status:** Read
**Platform:**

8/26/2025 12:19:31 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xD79769 (Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮▮▮▮ dtp (owner)
**To:** ▮▮▮▮▮▮▮ Merc Southall

**Im just trying to fight the system over here dude**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ Merc Southall | 8/26/2025 12:19:55 AM(UTC-5) | 8/26/2025 12:19:55 AM(UTC-5) | |

**Status:** Read
**Platform:**

8/26/2025 12:19:55 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0xD796D9 (Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮▮▮▮ Merc Southall
**To:** ▮▮▮▮▮▮▮ dtp (owner)

**Tell him I'm your work hubby.**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ dtp | 8/26/2025 12:21:41 AM(UTC-5) | | |

**Status:** Read
**Platform:**

8/26/2025 12:21:41 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xD7950E (Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮▮▮▮ Merc Southall
**To:** ▮▮▮▮▮▮▮ dtp (owner)

**Lol**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ dtp | 8/26/2025 12:21:42 AM(UTC-5) | | |

**Status:** Read
**Platform:**

8/26/2025 12:21:42 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xD7964E (Table: message, recipient, Size: 17166336 bytes)



From: ▊▊▊ dtp (owner)
To: ▊▊▊ Merc Southall

**I am not feeding into his delusions**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▊▊▊ Merc Southall | 8/26/2025 12:21:57 AM(UTC-5) | 8/26/2025 12:21:57 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 12:21:57 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xD795D2 (Table: message, recipient, Size: 17166336 bytes)



From: ▊▊▊ Merc Southall
To: ▊▊▊ dtp (owner)

**He is low key voicing his insecurities lils**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▊▊▊ dtp | 8/26/2025 12:24:04 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 12:24:03 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decr
ypted : 0xD79245 (Table: message, recipient, Size: 17166336 bytes)



From: ▊▊▊ dtp (owner)
To: ▊▊▊ Merc Southall

**Bc he fr says all of that then says "Dont fall for Merc" and Im like QUIT PLAYING OUT THESE FANTASIES IN YOUR HEAD DUMBASS**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▊▊▊ Merc Southall | 8/26/2025 12:24:33 AM(UTC-5) | 8/26/2025 12:24:33 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 12:24:33 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xD79167 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮ Merc Southall

I know I need him to chill tf out tho.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮ Merc Southall | | 8/26/2025 12:25:28 AM(UTC-5) | 8/26/2025 12:25:29 AM(UTC-5) | |

Status: Read
Platform:
Label: Reply

8/26/2025 12:25:28 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.d
ecrypted : 0xD790AF (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮ Merc Southall

Im starting to think he fr does have a crush on you and he's trying to live through me

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮ Merc Southall | | 8/26/2025 12:25:55 AM(UTC-5) | 8/26/2025 12:26:04 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 12:25:55 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x39EF2B (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮ dtp (owner)

I will work out with him if he wants.  But like you said it's war time coddling people isn't the fucking move.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮ dtp | | 8/26/2025 12:30:08 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 12:30:08 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x39EAF7 (Table: message, recipient, Size: 17166336 bytes)

From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮ Merc Southall

I just need to keep my head in the game and he's not helping with his comparisons. He did understand eventually but it was pissing me tf off bc I was talking about how Israel is gonna come over here and handle "America's black problem" and he legit said he didnt know what to say.

Like I had to tell him Im not expecting him to be you? Which I dont know why the fuck Im having to say that in the first place. But that compared with the fact that it took about an hour conversation for him to get on the same page.. Im just kind of frustrated and its a fkn turn off tbh.

**Priority:** Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮ | Merc Southall | 8/26/2025 12:36:28 AM(UTC-5) | 8/26/2025 12:36:39 AM(UTC-5) | |

**Status:** Read

**Platform:**

8/26/2025 12:36:28 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x39E688 (Table: message, recipient, Size: 17166336 bytes)

From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮ Merc Southall

Sorry to bring all this up to you. Its not your problem. And tbh its probably not the best look to be talking to you about it anyway but my sister wont talk to me about it AT ALL.

**Priority:** Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮ | Merc Southall | 8/26/2025 12:37:15 AM(UTC-5) | 8/26/2025 12:37:16 AM(UTC-5) | |

**Status:** Read

**Platform:**

8/26/2025 12:37:15 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x39E57B (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] dtp (owner)
To: [redacted] Merc Southall

And then I dont want to feed any more of [redacted] shit in his head so Im trying to focus our conversation on other shit.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Merc Southall | 8/26/2025 12:38:04 AM(UTC-5) | 8/26/2025 12:38:10 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 12:38:04 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x39E4AC (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] dtp (owner)
To: [redacted] Merc Southall

Tbh none of this shit is reallt fucking important anyway and thats whats really pissing me the fuck off.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Merc Southall | 8/26/2025 12:40:52 AM(UTC-5) | 8/26/2025 12:40:52 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 12:40:52 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x39E3EA (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] Merc Southall
To: [redacted] p (owner)

So angry

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 8/26/2025 12:41:02 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 12:41:02 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB7C76B (Table: message, recipient, Size: 17166336 bytes)

From: ▮ Merc Southall
To: ▮ dtp (owner)

**I definitely understand though**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮ | dtp | 8/26/2025 12:41:29 AM(UTC-5) | | |

**Status:** Read
**Platform:**
**Label:** Reply

8/26/2025 12:41:29 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xB7C483 (Table: message, recipient, Size: 17166336 bytes)



From: ▮ dtp (owner)
To: ▮ Merc Southall

**Fr there's already enough battles. Idk why he's making me fight another one.**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮ | Merc Southall | 8/26/2025 12:45:06 AM(UTC-5) | 8/26/2025 12:45:15 AM(UTC-5) | |

**Status:** Read
**Platform:**

8/26/2025 12:45:06 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB7CF46 (Table: message, recipient, Size: 17166336 bytes)



From: ▮ dtp (owner)
To: ▮ Merc Southall

**I'll leave it alone. I am sorry, its not your problem. I just didnt have anyone to talk to.**

**I'll talk to you tomorrow. Try to get some rest please ♥**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮ | Merc Southall | 8/26/2025 12:47:01 AM(UTC-5) | 8/26/2025 12:47:06 AM(UTC-5) | |

**Status:** Read
**Platform:**

8/26/2025 12:47:01 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB7CE51 (Table: message, recipient, Size: 17166336 bytes)



**From:** ▉▉▉▉ Merc Southall
**To:** ▉▉▉▉ dtp (owner)

### Wdym fight?

**Priority:** Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▉▉▉▉ | dtp | 8/26/2025 12:47:11 AM(UTC-5) | | |

**Status:** Read
**Platform:**
**Label:** Reply

8/26/2025 12:47:10 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xB7CD6A (Table: message, recipient, Size: 17166336 bytes)



**From:** ▉▉▉▉ Merc Southall
**To:** ▉▉▉▉ dtp (owner)

### But you do though

**Priority:** Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▉▉▉▉ | dtp | 8/26/2025 12:47:30 AM(UTC-5) | | |

**Status:** Read
**Platform:**
**Label:** Reply

8/26/2025 12:47:30 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xB7CC2E (Table: message, recipient, Size: 17166336 bytes)



**From:** ▉▉▉▉ Merc Southall
**To:** ▉▉▉▉ dtp (owner)

### I'm up.

**Priority:** Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▉▉▉▉ | dtp | 8/26/2025 12:47:38 AM(UTC-5) | | |

**Status:** Read
**Platform:**

8/26/2025 12:47:38 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xB7CB9E (Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮▮ Merc Southall
**To:** ▮▮▮▮▮ p (owner)

Rest? My soul hurts.  Lol

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 8/26/2025 12:47:56 AM(UTC-5) | | |

**Status:** Read
**Platform:**

8/26/2025 12:47:56 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xB7CAFD (Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮ Merc Southall
**To:** ▮▮▮▮ dtp (owner)

My son is touching me while he is sleep because I'm leaving tomorrow.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 8/26/2025 12:48:33 AM(UTC-5) | | |

**Status:** Read
**Platform:**

8/26/2025 12:48:32 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB7CA30
(Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮ dtp (owner)
**To:** ▮▮▮▮ erc Southall

He's setting up this narrative and Im having to make sure he feels safe & secure from the demons in his own head. Meanwhile, I wont lie, I care about you a lot. Im having to honor him and he's turning around spouting narratives like he's a cuck.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Merc Southall | 8/26/2025 12:48:53 AM(UTC-5) | 8/26/2025 12:48:54 AM(UTC-5) | |

**Status:** Read
**Platform:**

8/26/2025 12:48:53 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB7C8E1 (Table: message, recipient, Size: 17166336 bytes)



↩

From: [redacted] dtp (owner)
To: [redacted] Merc Southall

That made me tear up fr. He is such a sweet kid. Im so sorry.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Merc Southall | 8/26/2025 12:49:10 AM(UTC-5) | 8/26/2025 12:49:10 AM(UTC-5) | |

Status: Read
Platform:
Label: Reply

8/26/2025 12:49:10 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0xB7C7FD (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] dtp (owner)
To: [redacted] Merc Southall

And thats what I mean. Like this issue Im facing is fucking bullshit. Your kid needs you. Thats a real concern. One that I cant fr fathom bc Im not a parent. But I can do my best to empathize.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Merc Southall | 8/26/2025 12:50:55 AM(UTC-5) | 8/26/2025 12:50:58 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 12:50:55 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xDA3E51 (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] Merc Southall
To: [redacted] dtp (owner)

My wife didn't give me no coochie yesterday or today. They changed the locks today. Lol.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 8/26/2025 12:51:19 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 12:51:18 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xDA3D70 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ dtp (owner)
To: ▮▮▮▮ Merc Southall

Im sorry if this comes off wrong but fr why does she act like your enemy?

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮ Merc Southall | | 8/26/2025 12:51:45 AM(UTC-5) | 8/26/2025 12:51:45 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 12:51:45 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xDA3CCD (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ Merc Southall
To: ▮▮▮▮ dtp (owner)

I'm afloat in sorrow rn really.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 8/26/2025 12:52:04 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 12:52:04 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xDA3C25 (Table: message, recipient, Size: 17166336 bytes)



↩

From: ▮▮▮▮ Merc Southall
To: ▮▮▮▮ p (owner)

Idk

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 8/26/2025 12:52:09 AM(UTC-5) | | |

Status: Read
Platform:
Label: Reply

8/26/2025 12:52:08 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xDA3B4A (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮▮ merc Southall

**I wish I could be there rn :/**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Merc Southall | 8/26/2025 12:52:22 AM(UTC-5) | 8/26/2025 12:54:42 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 12:52:22 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xDA3AC8 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮▮ merc Southall

**Im here to support you in whatever way I can.**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Merc Southall | 8/26/2025 12:53:53 AM(UTC-5) | 8/26/2025 12:54:42 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 12:53:53 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decryp
ted : 0xDA3A43 (Table: message, recipient, Size: 17166336 bytes)

↩

From: ▮▮▮▮ Merc Southall
To: ▮▮▮▮ p (owner)

**Allright now. Don't be saying sweet shit.**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 8/26/2025 12:55:33 AM(UTC-5) | | |

Status: Read
Platform:
Label: Reply

8/26/2025 12:55:32 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.d
ecrypted : 0xDA396E (Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮▮ dtp (owner)
**To:** ▮▮▮▮▮ Merc Southall

Tbh ▮▮▮▮ might not like it but if you dont have anywhere to go, Im not letting you sleep on the s▮▮▮. I really dont fucking care. You are crucial to the movement. Not to mention we're all we got.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Merc Southall | 8/26/2025 1:10:06 AM(UTC-5) | 8/26/2025 1:10:07 AM(UTC-5) | |

**Status:** Read
**Platform:**

8/26/2025 1:10:06 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xDA3586 (Table: message, recipient, Size: 17166336 bytes)

---

**From:** ▮▮▮▮ Merc Southall
**To:** ▮▮▮▮ dtp (owner)

I erased it because I'm not trying to burden you either. I don't have people I could talk about shit.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 8/26/2025 1:10:23 AM(UTC-5) | | |

**Status:** Read
**Platform:**

8/26/2025 1:10:23 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xDA3498 (Table: message, recipient, Size: 17166336 bytes)

---



**From:** ▮▮▮▮ dtp (owner)
**To:** ▮▮▮▮ Merc Southall

You can talk to me

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Merc Southall | 8/26/2025 1:10:33 AM(UTC-5) | 8/26/2025 1:10:33 AM(UTC-5) | |

**Status:** Read
**Platform:**

8/26/2025 1:10:33 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xDA342C (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮ dtp (owner)

Not even my wife.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 8/26/2025 1:10:34 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:10:34 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xDA3394 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮ dtp (owner)

Lol

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 8/26/2025 1:10:36 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:10:36 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xDA3309 (Table: message, recipient, Size: 17166336 bytes)

From: ▮▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮ p (owner)

Just kinda tired of suffering.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 8/26/2025 1:11:08 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:11:07 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xDA3263 (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] dtp (owner)
To: [redacted] Merc Southall

Im not trying to dance around a cliff but I also dont want to leave you hanging.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [redacted] | Merc Southall | 8/26/2025 1:11:21 AM(UTC-5) | 8/26/2025 1:11:22 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 1:11:21 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xDA31BA (Table: message, recipient, Size: 17166336 bytes)



↩

From: [redacted] dtp (owner)
To: [redacted] Merc Southall

I havent suffered the same ways you have but my whole life has been fucking shit so I get it. Im really glad I met you though.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [redacted] | Merc Southall | 8/26/2025 1:12:05 AM(UTC-5) | 8/26/2025 1:12:05 AM(UTC-5) | |

Status: Read
Platform:
Label: Reply

8/26/2025 1:12:05 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xDA30BC (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] dtp (owner)
To: [redacted] Merc Southall

I legitimately cannot understand your wifes mindset... youre a literal hero? She should be showing her gratitude in more ways than one and she's watching you get kicked to the curb. Fucking bullshit.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [redacted] | Merc Southall | 8/26/2025 1:13:43 AM(UTC-5) | 8/26/2025 1:13:50 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 1:13:43 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x4E0ECB (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ | Merc Southall
To: ▮▮▮▮ | dtp (owner)

Most people get a break , at least a little bit. Seems like it's just more pain for me.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮ | dtp | 8/26/2025 1:14:04 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:14:03 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x4E0DEB (Table: message, recipient, Size: 17166336 bytes)



↩

From: ▮▮▮▮▮ | Merc Southall
To: ▮▮▮▮ | dtp (owner)

Yeah

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮ | dtp | 8/26/2025 1:14:11 AM(UTC-5) | | |

Status: Read
Platform:
Label: Reply

8/26/2025 1:14:10 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db. decrypted : 0x4E0C90 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ | Merc Southall
To: ▮▮▮▮ | dtp (owner)

Ngl

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮ | dtp | 8/26/2025 1:14:13 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:14:12 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db. decrypted : 0x4E0C04 (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] Merc Southall
To: [redacted] dtp (owner)

**That hurts**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 8/26/2025 1:14:17 AM(UTC-5) | | |

Status: Read

Platform:

8/26/2025 1:14:17 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x4E0B72 (Table: message, recipient, Size: 17166336 bytes)

From: [redacted] Merc Southall
To: [redacted] dtp (owner)

**I saved her dad's life, shr left me hanging when my mom died.**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 8/26/2025 1:14:39 AM(UTC-5) | | |

Status: Read

Platform:

8/26/2025 1:14:38 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0x4E0AAD (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] Merc Southall
To: [redacted] dtp (owner)

**Now I'm a problem**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 8/26/2025 1:15:00 AM(UTC-5) | | |

Status: Read

Platform:

8/26/2025 1:14:59 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x4E0A13 (Table: message, recipient, Size: 17166336 bytes)



↩

From: [redacted] dtp (owner)
To: [redacted] Merc Southall

I finally had found a but of peace before my friend assaulted me. It tooks month before I wasnt suicidal (dont worry, I am not now). And since then I feel like its been hit after fucking hit.

Priority: Normal

| Participant | | Delivered | Read | Played |
| --- | --- | --- | --- | --- |
| [redacted] | Merc Southall | 8/26/2025 1:15:45 AM(UTC-5) | 8/26/2025 1:15:46 AM(UTC-5) | |

Status: Read
Platform:
Label: Reply

8/26/2025 1:15:45 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x4E089C (Table: message, recipient, Size: 17166336 bytes)



↩

From: [redacted] dtp (owner)
To: [redacted] Merc Southall

You are never a problem. You point of the problems and people dont want to fucking face the music.

Priority: Normal

| Participant | | Delivered | Read | Played |
| --- | --- | --- | --- | --- |
| [redacted] | Merc Southall | 8/26/2025 1:16:09 AM(UTC-5) | 8/26/2025 1:16:09 AM(UTC-5) | |

Status: Read
Platform:
Label: Reply

8/26/2025 1:16:09 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x4E07C4 (Table: message, recipient, Size: 17166336 bytes)

From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮ Merc Southall

I recognize it bc while I havent done the same shit youve done, that story is my story too. No one fucking likes me bc I dont let shit just slide past.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Merc Southall | 8/26/2025 1:16:52 AM(UTC-5) | 8/26/2025 1:17:01 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 1:16:52 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x4E06D3 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮ Merc Southall

You are never a problem. You point out the problems and people dont want to fucking face the music.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Merc Southall | 8/26/2025 1:16:09 AM(UTC-5) | 8/26/2025 1:19:39 AM(UTC-5) | |

Status: Read
Platform:
Label: Reply, Edited

8/26/2025 1:17:13 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x4E05FB (Table: message, recipient, Size: 17166336 bytes)

From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮ Merc Southall

She acts like you never fkn cared about her... it makes no sense to me. You care so much. Some people might say too much but fuck that. Those people dont have anything theyd die for.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Merc Southall | 8/26/2025 1:19:28 AM(UTC-5) | 8/26/2025 1:19:39 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 1:19:28 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x4E04EB (Table: message, recipient, Size: 17166336 bytes)



From: ▮ Merc Southall
To: ▮ dtp (owner)

**I just try not to become a Jackson pollack painting.**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ dtp | 8/26/2025 1:22:40 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:22:40 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0x4E042E (Table: message, recipient, Size: 17166336 bytes)

From: ▮ Merc Southall
To: ▮ dtp (owner)

**It's dificult**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ dtp | 8/26/2025 1:22:51 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:22:51 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x4E0399 (Table: message, recipient, Size: 17166336 bytes)



From: ▮ dtp (owner)
To: ▮ Merc Southall

**Keep your humility for people that dont see you as a legend. Like I said, im your biggest fan lol.**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Merc Southall | 8/26/2025 1:23:18 AM(UTC-5) | 8/26/2025 1:23:18 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 1:23:18 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x4E02D3 (Table: message, recipient, Size: 17166336 bytes)

From: ▮▮▮▮ Merc Southall
To: ▮▮▮▮ dtp (owner)

I want love affection and attention like everyone else.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ dtp | 8/26/2025 1:23:37 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:23:37 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0x4E0213 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ Merc Southall
To: ▮▮▮▮ dtp (owner)

Gracias

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ dtp | 8/26/2025 1:23:52 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:23:52 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x4E0184 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ Merc Southall
To: ▮▮▮▮ dtp (owner)

Love the world but look at how the world treats me

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ dtp | 8/26/2025 1:24:11 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:24:11 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0x4E00CA (Table: message, recipient, Size: 17166336 bytes)



From: [REDACTED] Merc Southall
To: [REDACTED] dtp (owner)

I would die for people that don't know my name

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 8/26/2025 1:24:29 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:24:29 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypt
ed : 0xA3EF35 (Table: message, recipient, Size: 17166336 bytes)



From: [REDACTED] Merc Southall
To: [REDACTED] dtp (owner)

I saved so many people I've lost count. Not a flex, a fact.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 8/26/2025 1:25:03 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:25:03 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0xA3EE72 (Table: message, recipient, Size: 17166336 bytes)

From: [REDACTED] dtp (owner)
To: [REDACTED] Merc Southall

Well Im a part of this world, no? I love you. Whether these fucking morons admit it or not,
they dont realize that its people like you that keep the rest of us safe.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] Merc Southall | 8/26/2025 1:25:12 AM(UTC-5) | 8/26/2025 1:25:12 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 1:25:12 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xA3ED73 (Table: message,
recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ Merc Southall
To: ▮▮▮▮ dtp (owner)

But when it's suffering time I be solo.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 8/26/2025 1:25:34 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:25:34 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xA3ECC3 (Table: message, recipient, Size: 17166336 bytes)

↩

From: ▮▮▮▮▮ Merc Southall
To: ▮▮▮▮ dtp (owner)

I appreciate it. I'm just in a pretty dark place tbh

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 8/26/2025 1:26:00 AM(UTC-5) | | |

Status: Read
Platform:
Label: Reply

8/26/2025 1:26:00 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0xA3EB5A (Table: message, recipient, Size: 17166336 bytes)

↩

From: ▮▮▮▮ dtp (owner)
To: ▮▮▮▮ Merc Southall

Merc ur gonna have to kill me to get rid of me atp.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Merc Southall | 8/26/2025 1:26:03 AM(UTC-5) | 8/26/2025 1:26:03 AM(UTC-5) | |

Status: Read
Platform:
Label: Reply

8/26/2025 1:26:03 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0xA3EA9E (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ Merc Southall
To: ▮▮▮▮ p (owner)

**Lol**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ dtp | 8/26/2025 1:26:13 AM(UTC-5) | | |

**Status**: Read
**Platform**:
**Label**: Reply

8/26/2025 1:26:12 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xA3E9D9 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ dtp (owner)
To: ▮▮▮▮ erc Southall

**Im not leaving you alone, sir.**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Merc Southall | 8/26/2025 1:26:19 AM(UTC-5) | 8/26/2025 1:26:19 AM(UTC-5) | |

**Status**: Read
**Platform**:

8/26/2025 1:26:19 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xA3E962 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ dtp (owner)
To: ▮▮▮▮ Merc Southall

**Youre such a beautiful soul. Im so sorry this world fucking sucks. If I could, Id kill all these fkn problem people right now so you could have peace.**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Merc Southall | 8/26/2025 1:27:57 AM(UTC-5) | 8/26/2025 1:28:56 AM(UTC-5) | |

**Status**: Read
**Platform**:

8/26/2025 1:27:57 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xA3E1F6 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮ Merc Southall

And I dont understand why everyone is so fkn scared of you. Ive never been scared of you. Intimated bc I was finally out of my comfort zone? Yeah, but thats the fucking point.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮ | Merc Southall | 8/26/2025 1:28:49 AM(UTC-5) | 8/26/2025 1:28:56 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 1:28:49 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xA3E85B (Table: message, recipient, Size: 17166336 bytes)



↩

From: ▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮ dtp (owner)

Cause I'm huge

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮ | dtp | 8/26/2025 1:29:20 AM(UTC-5) | | |

Status: Read
Platform:
Label: Reply

8/26/2025 1:29:19 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xA3E70E (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮ dtp (owner)

And a bit of a killer

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮ | dtp | 8/26/2025 1:29:25 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:29:25 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xA3E670 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ Merc Southall
To: ▮▮▮▮ dtp (owner)

Lol

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 8/26/2025 1:29:27 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:29:26 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xA3E5E5 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ Merc Southall
To: ▮▮▮▮ dtp (owner)

Big scary Blacka man

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 8/26/2025 1:29:43 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:29:43 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xA3E549 (Table: message, recipient, Size: 17166336 bytes)

From: ▮▮▮▮ Merc Southall
To: ▮▮▮▮ p (owner)

Lol

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 8/26/2025 1:29:45 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:29:44 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xCED82A (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] Merc Southall
To: [redacted] dtp (owner)

Then I'm smart and rocking the glasses now, lol

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 8/26/2025 1:29:58 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:29:58 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypte
d : 0xCED592 (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] dtp (owner)
To: [redacted] Merc Southall

But like you dont kill people for no reason? Which makes me wonder why theyre scared ur gonna kill them.

Like people arent scared of veterans when, with some of them, they absolutely should be.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Merc Southall | 8/26/2025 1:30:23 AM(UTC-5) | 8/26/2025 1:30:23 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 1:30:23 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCED477 (Table: message,
recipient, Size: 17166336 bytes)



From: [redacted] Merc Southall
To: [redacted] p (owner)

On ghat

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 8/26/2025 1:30:41 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:30:41 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xCED79B (Table: message, recipient, Size: 17166336 bytes)



From: ▮ dtp (owner)
To: ▮ Merc Southall

People are scared of me too and I say the same shit. You know why I would do something to you. Dont fucking do that. The more you sit there scared, the less I trust someone isnt gonna do some fuck shit.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Merc Southall | 8/26/2025 1:31:17 AM(UTC-5) | 8/26/2025 1:32:12 AM(UTC-5) | |

**Status:** Read
**Platform:**

8/26/2025 1:31:17 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCEDEC8 (Table: message, recipient, Size: 17166336 bytes)

From: ▮ dtp (owner)
To: ▮ Merc Southall

Bc people react out of fear. Its not that theyd do something intitially. Fear talks them into it. Doesnt excuse them from the consequences of their actions though.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Merc Southall | 8/26/2025 1:31:59 AM(UTC-5) | 8/26/2025 1:32:12 AM(UTC-5) | |

**Status:** Read
**Platform:**

8/26/2025 1:31:59 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCEDDCB (Table: message, recipient, Size: 17166336 bytes)



From: ▮ Merc Southall
To: ▮ p (owner)

Cognitive dissonance

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ dtp | 8/26/2025 1:32:44 AM(UTC-5) | | |

**Status:** Read
**Platform:**

8/26/2025 1:32:43 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCEDD2E (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ dtp (owner)
To: ▮▮▮▮ Merc Southall

Its also just gross bc people are scared of me when all Ive ever done is try to protect them. They end up fucking me over bc of it.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Merc Southall | 8/26/2025 1:33:04 AM(UTC-5) | 8/26/2025 1:33:04 AM(UTC-5) | |

**Status:** Read
**Platform:**

8/26/2025 1:33:04 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCEDC52 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ Merc Southall
To: ▮▮▮▮ dtp (owner)

And intelligence activates fight or flight.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ dtp | 8/26/2025 1:33:11 AM(UTC-5) | | |

**Status:** Read
**Platform:**

8/26/2025 1:33:10 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCEDB9E (Table: message, recipient, Size: 17166336 bytes)



↩

From: ▮▮▮▮ dtp (owner)
To: ▮▮▮▮ erc Southall

That shit fr makes so much sense.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Merc Southall | 8/26/2025 1:33:31 AM(UTC-5) | 8/26/2025 1:33:31 AM(UTC-5) | |

**Status:** Read
**Platform:**
**Label:** Reply

8/26/2025 1:33:31 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCEDAF1 (Table: message, recipient, Size: 17166336 bytes)

↩

From: ▮▮▮▮▮ | Merc Southall
To: ▮▮▮▮ | dtp (owner)

Upside fucking down world to be fucking sure.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮ | dtp | 8/26/2025 1:33:44 AM(UTC-5) | | |

Status: Read
Platform:
Label: Reply

8/26/2025 1:33:44 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decryp
ted : 0xCED64A (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ | Merc Southall
To: ▮▮▮▮ | dtp (owner)

I've save thus dude life four times thus year alone and I'm losing a place to live

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮ | dtp | 8/26/2025 1:34:19 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:34:19 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCEDA17 (Table:
message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ | Merc Southall
To: ▮▮▮▮ | dtp (owner)

Lol

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮ | dtp | 8/26/2025 1:34:22 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:34:22 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xCED98B (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] Merc Southall
To: [redacted] dtp (owner)

When I shot someone I lost my job, my car, my place. And I was saving a life.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 8/26/2025 1:34:48 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:34:48 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCED8B6 (Table: message, recipient, Size: 17166336 bytes)

From: [redacted] Merc Southall
To: [redacted] dtp (owner)

Seems like maybe I need to take another direction.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 8/26/2025 1:35:07 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:35:07 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB3FF31 (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] dtp (owner)
To: [redacted] Merc Southall

What other direction is there? Live a complacent life?

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Merc Southall | 8/26/2025 1:35:38 AM(UTC-5) | 8/26/2025 1:35:45 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 1:35:38 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB3FE39 (Table: message, recipient, Size: 17166336 bytes)



From: ▮ Merc Southall
To: ▮ dtp (owner)

**Stop saving start taking**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ dtp | 8/26/2025 1:36:09 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:36:09 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xB3FD99 (Table: message, recipient, Size: 17166336 bytes)



From: ▮ Merc Southall
To: ▮ dtp (owner)

**Lol**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ dtp | 8/26/2025 1:36:11 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:36:10 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xB3FD0E (Table: message, recipient, Size: 17166336 bytes)



From: ▮ dtp (owner)
To: ▮ erc Southall

**Not saying that to be rude. Im saying that bc people have deadass told me to sit down & shut up and I would be "successful". Id be a sell out.**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Merc Southall | 8/26/2025 1:36:17 AM(UTC-5) | 8/26/2025 1:36:17 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 1:36:17 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB3FC1C (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮▮ dtp (owner)

**I dont think you've been scared of nothing your whole life.**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮ | dtp | 8/26/2025 1:43:09 AM(UTC-5) | | |

Status: Read
Platform:
Label: Edited

8/26/2025 1:43:18 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0xB3F836 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮▮ p (owner)

**Besides maybe going to a white cookout.**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮ | dtp | 8/26/2025 1:43:53 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:43:52 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xB3F786 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮▮ dtp (owner)

**Lol**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮▮ | dtp | 8/26/2025 1:43:54 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:43:54 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xB3F6FB (Table: message, recipient, Size: 17166336 bytes)



From: [REDACTED] dtp (owner)
To: [REDACTED] Merc Southall

Youre an attractive dude for a variety of reasons. Fear is not one of them. But ill chill out & keep my appreciation to myself

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] Merc Southall | 8/26/2025 1:49:08 AM(UTC-5) | 8/26/2025 1:49:18 AM(UTC-5) | |

Status: Read
Platform:

8/26/2025 1:49:08 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC9F2E5 (Table: message, recipient, Size: 17166336 bytes)



↩

From: [REDACTED] Merc Southall
To: [REDACTED] dtp (owner)

Don't have to.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 8/26/2025 1:49:57 AM(UTC-5) | | |

Status: Read
Platform:
Label: Reply

8/26/2025 1:49:57 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC9FEC3 (Table: message, recipient, Size: 17166336 bytes)



From: [REDACTED] Merc Southall
To: [REDACTED] dtp (owner)

Thank you.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 8/26/2025 1:50:11 AM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:50:11 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC9FE30 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮ Merc Southall

Its in my own best interest lol... well, mine & ▮▮▮▮▮

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Merc Southall | 8/26/2025 1:51:05 AM(UTC-5) | 8/26/2025 1:51:06 AM(UTC-5) | |

Status: Read
Platform:
Label: Reply

8/26/2025 1:51:05 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0xC9FD8B (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ Merc Southall
To: ▮▮▮▮▮ p (owner)

Copy that.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ dtp | 8/26/2025 1:52:01 AM(UTC-5) | | |

Status: Read
Platform:
Label: Reply

8/26/2025 1:52:01 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xC9FCBC (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ dtp (owner)
To: ▮▮▮▮ Merc Southall

Am alive but have had a nasty fkn cough the past few days. I literally never fkn get sick.
Gonna get some over the counter stuff.

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮ Merc Southall | | 8/26/2025 12:48:25 PM(UTC-5) | 8/26/2025 12:48:36 PM(UTC-5) | |

Status: Read
Platform:

8/26/2025 12:48:25 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC9F832 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ Merc Southall
To: ▮▮▮▮ dtp (owner)

Cooties

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮ dtp | | 8/26/2025 12:48:51 PM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 12:48:51 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC9F7A2 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮ dtp (owner)
To: ▮▮▮▮ erc Southall

Howd u sleep?

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮▮▮▮ Merc Southall | | 8/26/2025 12:50:42 PM(UTC-5) | 8/26/2025 12:50:45 PM(UTC-5) | |

Status: Read
Platform:

8/26/2025 12:50:42 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC9F73C (Table: message, recipient, Size: 17166336 bytes)



From: ▮ Merc Southall
To: ▮ dtp (owner)

**Didnt**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ dtp | 8/26/2025 12:50:49 PM(UTC-5) | | |

Status: Read

Platform:

8/26/2025 12:50:48 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xC9F6B0 (Table: message, recipient, Size: 17166336 bytes)



From: ▮ dtp (owner)
To: ▮ merc Southall

**Bro**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Merc Southall | 8/26/2025 12:50:56 PM(UTC-5) | 8/26/2025 12:50:56 PM(UTC-5) | |

Status: Read

Platform:

8/26/2025 12:50:56 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xC9F64F (Table: message, recipient, Size: 17166336 bytes)



From: ▮ dtp (owner)
To: ▮ erc Southall

**Not sleeping with kill you**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Merc Southall | 8/26/2025 12:51:08 PM(UTC-5) | 8/26/2025 12:51:08 PM(UTC-5) | |

Status: Read

Platform:

8/26/2025 12:51:08 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xC9F5DB (Table: message, recipient, Size: 17166336 bytes)



From: ███████ Merc Southall
To: ███████ dtp (owner)

Was up at 6.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ dtp | 8/26/2025 12:51:15 PM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 12:51:15 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xC9F548 (Table: message, recipient, Size: 17166336 bytes)



From: ███████ dtp (owner)
To: ███████ merc Southall

Not sleeping will kill you

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Merc Southall | 8/26/2025 12:51:08 PM(UTC-5) | 8/26/2025 12:51:26 PM(UTC-5) | |

Status: Read
Platform:
Label: Edited

8/26/2025 12:51:17 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xC9F4D3 (Table: message, recipient, Size: 17166336 bytes)



From: ███████ Merc Southall
To: ███████ dtp (owner)

All packed for car life

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ dtp | 8/26/2025 12:51:26 PM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 12:51:26 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xC9F435 (Table: message, recipient, Size: 17166336 bytes)



From: [REDACTED] dtp (owner)
To: [REDACTED] Merc Southall

**Which car?**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] Merc Southall | 8/26/2025 12:56:16 PM(UTC-5) | 8/26/2025 1:07:25 PM(UTC-5) | |

**Status**: Read

**Platform**:

8/26/2025 12:56:16 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xE1F75F (Table: message, recipient, Size: 17166336 bytes)



From: [REDACTED] Merc Southall
To: [REDACTED] dtp (owner)

**My car**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] dtp | 8/26/2025 1:07:33 PM(UTC-5) | | |

**Status**: Read

**Platform**:

8/26/2025 1:07:32 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xE1F6D2 (Table: message, recipient, Size: 17166336 bytes)



From: [REDACTED] dtp (owner)
To: [REDACTED] erc Southall

**Did u ever hear from Peanut about that place?**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] Merc Southall | 8/26/2025 1:18:04 PM(UTC-5) | 8/26/2025 1:18:13 PM(UTC-5) | |

**Status**: Read

**Platform**:

8/26/2025 1:18:04 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decryp
ted : 0xE1F49D (Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮ dtp (owner)
**To:** ▮▮▮▮ Merc Southall

Also Ive got an ally next to my apt building where you shouldnt be bothered. Im ngl im trying to get my apt straight.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Merc Southall | 8/26/2025 1:18:51 PM(UTC-5) | 8/26/2025 1:25:56 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/26/2025 1:18:51 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xE1FF1D (Table: message, recipient, Size: 17166336 bytes)



↩

**From:** ▮▮▮▮ Merc Southall
**To:** ▮▮▮▮ dtp (owner)

Negative.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ dtp | 8/26/2025 1:26:18 PM(UTC-5) | | |

**Status:** Read
**Platform:**
**Label:** Reply

8/26/2025 1:26:17 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xE1FC94 (Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮ Merc Southall
**To:** ▮▮▮▮ dtp (owner)

I have enough to get a room for two days.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ dtp | 8/26/2025 1:26:59 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/26/2025 1:26:58 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.d
ecrypted : 0xE1FBE3 (Table: message, recipient, Size: 17166336 bytes)



From: ▓▓▓▓▓ Merc Southall
To: ▓▓▓▓▓ dtp (owner)

I won't have stuff for food. But that will at least give me time to think.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓ dtp | 8/26/2025 1:27:47 PM(UTC-5) | | |

Status: Read
Platform:

8/26/2025 1:27:47 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xE1FA53 (Table:
message, recipient, Size: 17166336 bytes)



From: ▓▓▓▓ dtp (owner)
To: ▓▓▓▓ Merc Southall

Bc u fr dont neee to be sleeping in that car rn.. but also idk if I fr have anything (illness wise)
and I dont want to get you sick.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓ Merc Southall | 8/26/2025 1:27:59 PM(UTC-5) | 8/26/2025 1:28:00 PM(UTC-5) | |

Status: Read
Platform:

8/26/2025 1:27:59 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xE1F975 (Table: message, recipient,
Size: 17166336 bytes)



From: ▓▓▓▓ dtp (owner)
To: ▓▓▓▓ Merc Southall

I can bring you smthn to eat.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓ Merc Southall | 8/26/2025 1:28:24 PM(UTC-5) | 8/26/2025 1:28:25 PM(UTC-5) | |

Status: Read
Platform:

8/26/2025 1:28:24 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xE1F8FE (Table: message, recipient, Size: 17166336 bytes)



From: ▇▇▇▇ Merc Southall
To: ▇▇▇ dtp (owner)

I don't need to move more than I need to.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇ dtp | 8/26/2025 1:28:42 PM(UTC-5) | | |

**Status:** Read
**Platform:**

8/26/2025 1:28:42 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.de
crypted : 0xE1F84D (Table: message, recipient, Size: 17166336 bytes)



From: ▇▇▇▇ dtp (owner)
To: ▇▇▇ Merc Southall

Okay, lmk where ur end up and I can bring u smthn.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇ Merc Southall | 8/26/2025 1:29:23 PM(UTC-5) | 8/26/2025 1:29:23 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/26/2025 1:29:23 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0xE1F7C2 (Table: message, recipient, Size: 17166336 bytes)

From: ▇▇▇ dtp (owner)
To: ▇▇▇ Merc Southall

Ive always been an emotional person. My grandma beat me as a kid every time I cried so I used to not be able to at all. And it fkn sucked. So now if I need to cry, I let myself. Bc I used to get hit for that shit.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇ Merc Southall | 8/26/2025 2:40:19 PM(UTC-5) | 8/26/2025 2:40:19 PM(UTC-5) | |

**Status:** Read
**Platform:**

8/26/2025 2:40:19 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xAB493B (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] Merc Southall
To: [redacted] dtp (owner)

**Well**

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [redacted] | dtp | 8/26/2025 2:40:33 PM(UTC-5) | | |

Status: Read

Platform:

8/26/2025 2:40:32 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xAB48AE (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] dtp (owner)
To: [redacted] Merc Southall

But now Ive gone to the opposite end of the spectrum

Priority: Normal

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [redacted] | Merc Southall | 8/26/2025 2:40:41 PM(UTC-5) | 8/26/2025 2:40:41 PM(UTC-5) | |

Status: Read

Platform:

8/26/2025 2:40:41 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0xAB4818 (Table: message, recipient, Size: 17166336 bytes)