FILED
2026 Mar-06  PM 05:46
U.S. DISTRICT COURT
N.D. OF ALABAMA



**Cellebrite**
www.cellebrite.com

## Extraction Report - Google Android Generic

### Chats (1)

Signal Private Messenger

████████ 0505 (1)



| # | | Deleted | * |
|---|---|---|---|
| 1 | **Start Time:** 5/7/2025 5:27:55 PM(UTC-5)<br>**Last Activity:** 8/2/2025 6:59:20 PM(UTC-5)<br>**Number of attachments:** 24<br>**Source:** Signal Private Messenger<br>**Account:** ████████<br>**Chat Type:** Unknown<br>**Source file:** EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x20DACB (Table: message, thread, recipient, Size: 17166336 bytes)<br>**Source Extraction:** File System (1)<br>**Body file:** chat-0.txt<br><br>Participants: | | |

dtp (owner)    **COLBURN (Green)**

**PERSON 2 (Blue)**



From: ████████
To: ████████ p███ r)
Does ████ own guns?
**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ dtp | 7/6/2025 9:05:51 PM(UTC-5) | | |

**Status:** Read
**Platform:**

7/6/2025 9:05:52 PM(UTC-5)

**Referencing Colburn's Boyfriend**

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x39FC4B (Table: message, recipient, Size: 17166336 bytes)

2:25-cr-00580-AMM-SGC
03/06/26 DET. HEARING
GOVT EX NO 26



From: ███████ ████
To: ███████ dtp (owner)

I'm cool with him coming. I'm just trying to mentally prepare for what type of oversight I need to give ████

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ dtp | 7/6/2025 9:06:11 PM(UTC-5) | | |

**Status:** Read
**Platform:**

7/6/2025 9:06:11 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x39FB53 (Table: message, recipient, Size: 17166336 bytes)



From: ███████ ████
To: ███████ dtp (owner)

If I need to have him bring some ammo or what

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ dtp | 7/6/2025 9:06:21 PM(UTC-5) | | |

**Status:** Read
**Platform:**

7/6/2025 9:06:21 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x39FA9D (Table: message, recipient, Size: 17166336 bytes)



From: ███████ dtp (owner)
To: ███████ ████

I think he might. I know he's got a 3D printer  jk I do know Im gonna wanna buy a hand gun this month so he can always shoot mine. Which speaking of, Ill probably have $ for one by that weekend/week of the 20th. Do u think we could make a plan so you could help me buy one? If not my brother in law can also help.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ ████ | 7/6/2025 9:08:48 PM(UTC-5) | 7/6/2025 9:08:54 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/6/2025 9:08:48 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x39F903 (Table: message, recipient, Size: 17166336 bytes)



From:
To: dtp (owner)

But you can find them cheap

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| dtp | 7/6/2025 9:09:28 PM(UTC-5) | | |

**Status:** Read

**Platform:**

7/6/2025 9:09:28 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x39F75E (Table: message, recipient, Size: 17166336 bytes)



From:
To: dtp (owner)

This is more than enough to start you out, sum like this

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| dtp | 7/6/2025 9:11:22 PM(UTC-5) | | |

**Status:** Read

**Platform:**

7/6/2025 9:11:22 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0x39F4C4 (Table: message, recipient, Size: 17166336 bytes)



From: dtp (owner)
To:

Word! I just sent them a message on FB! Tyty

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 7/6/2025 9:12:17 PM(UTC-5) | 7/6/2025 9:12:22 PM(UTC-5) | |

**Status:** Read

**Platform:**

7/6/2025 9:12:17 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decry
pted : 0x39F43F (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮▮

Ill get that this week.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | 7/6/2025 9:12:24 PM(UTC-5) | 7/6/2025 9:12:26 PM(UTC-5) | |

**Status:** Read

**Platform:**

7/6/2025 9:12:24 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x39F3CF (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ ▮▮▮▮
To: ▮▮▮▮▮▮ dtp (owner)

Of course, what's your handgun budget that considered

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ dtp | 7/6/2025 9:12:43 PM(UTC-5) | | |

**Status:** Read

**Platform:**

7/6/2025 9:12:43 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0x65C535 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮▮

I dont really know what the price range is. I am willing to shell out at least $500.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | 7/6/2025 9:14:11 PM(UTC-5) | 7/6/2025 9:16:41 PM(UTC-5) | |

**Status:** Read

**Platform:**

7/6/2025 9:14:11 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x65C488 (Table:
message, recipient, Size: 17166336 bytes)



From: ▇▇▇▇▇▇ dtp (owner)
To: ▇▇▇▇▇▇▇▇▇

I know Ill need to buy ammo, a holster, etc, so if I dont have to spend the most on a handgun thats preferable ofc. But I also want a good gun.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇ | 7/6/2025 9:14:55 PM(UTC-5) | 7/6/2025 9:16:41 PM(UTC-5) | |

**Status:** Read

**Platform:**

7/6/2025 9:14:55 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x65C39F (Table: message, recipient, Size: 17166336 bytes)



From: ▇▇▇▇▇▇
To: ▇▇▇▇▇ dtp (owner)

$500 is a good budget

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇ dtp | 7/6/2025 9:16:50 PM(UTC-5) | | |

**Status:** Read

**Platform:**

7/6/2025 9:16:48 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x65CF4E (Table: message, recipient, Size: 17166336 bytes)



From: ▇▇▇▇▇▇
To: ▇▇▇▇▇ p ▇ r)

We can go to Hoover Tactical and look at their used glocks we can probably find a good deal

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇ dtp | 7/6/2025 9:18:09 PM(UTC-5) | | |

**Status:** Read

**Platform:**

7/6/2025 9:18:08 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x65CE6B (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮▮

They will have holsters there but

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ dtp | 7/6/2025 9:18:57 PM(UTC-5) | | |

**Status:** Read

**Platform:**

7/6/2025 9:18:57 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x65CBB8 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮▮▮

Siiick

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | 7/6/2025 9:19:25 PM(UTC-5) | 7/6/2025 9:22:14 PM(UTC-5) | |

**Status:** Read

**Platform:**

7/6/2025 9:19:25 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x65CB59 (Table: message, recipient, Size: 17166336 bytes)

From: ▮▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮▮

Thank you homie ♥ I appreciate tf outta you.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | 7/6/2025 9:19:41 PM(UTC-5) | 7/6/2025 9:22:14 PM(UTC-5) | |

**Status:** Read

**Platform:**

7/6/2025 9:19:41 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decryp
ted : 0x65CAD0 (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] dtp (owner)
To: [redacted]

And my commenr about DSA being a structure to provide aid once capitalism falls is still valid.

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted] | 7/7/2025 11:26:35 AM(UTC-5) | 7/7/2025 11:26:46 AM(UTC-5) | |

**Status:** Read

**Platform:**

7/7/2025 11:26:35 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC3082F (Table: message, recipient, Size: 17166336 bytes)



From: [redacted]
To: [redacted] dtp (owner)

100%

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted] dtp | 7/7/2025 11:26:49 AM(UTC-5) | | |

**Status:** Read

**Platform:**

7/7/2025 11:26:49 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC307A2 (Table: message, recipient, Size: 17166336 bytes)



From: [redacted]
To: [redacted] p r)

All of it is accurate

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted] dtp | 7/7/2025 11:26:54 AM(UTC-5) | | |

**Status:** Read

**Platform:**

7/7/2025 11:26:55 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC30705 (Table: message, recipient, Size: 17166336 bytes)



From: ▓▓▓▓▓ dtp (owner)
To: ▓▓▓▓▓▓▓

Im focused on the bigger picture. I just hope that these folks can jump on board.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ | 7/7/2025 11:27:46 AM(UTC-5) | 7/7/2025 11:27:50 AM(UTC-5) | |

**Status:** Read
**Platform:**

7/7/2025 11:27:46 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC30650 (Table: message, recipient, Size: 17166336 bytes)



From: ▓▓▓▓▓ ▓▓▓
To: ▓▓▓▓▓ dtp (owner)

Im with you

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ dtp | 7/7/2025 11:27:56 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/7/2025 11:27:56 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC305BC (Table: message, recipient, Size: 17166336 bytes)



From: ▓▓▓▓▓ dtp (owner)
To: ▓▓▓▓▓▓

Thanks comrade ☺

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ | 7/7/2025 11:28:39 AM(UTC-5) | 7/7/2025 3:17:13 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/7/2025 11:28:39 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC30548 (Table: message, recipient, Size: 17166336 bytes)



From: ▓▓▓▓▓▓ dtp (owner)
To: ▓▓▓▓▓▓▓

**Aquired the safe**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓▓ | 7/7/2025 3:54:04 PM(UTC-5) | 7/7/2025 4:03:47 PM(UTC-5) | |

**Status:** Read

**Platform:**

7/7/2025 3:54:04 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xC301E3 (Table: message, recipient, Size: 17166336 bytes)



From: ▓▓▓▓▓▓▓ dtp (owner)
To: ▓▓▓▓▓▓

I'm letting him just do his thing. He wanted a revolutionary space letting him do that. SRA needs help organizing rn

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ dtp | 7/9/2025 10:04:37 AM(UTC-5) | | |

**Status:** Read

**Platform:**

7/9/2025 10:04:37 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB6D70C (Table: message, recipient, Size: 17166336 bytes)



From: ▓▓▓▓▓▓▓
To: ▓▓▓▓ p ▓ r)

I gotta support in other ways

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ dtp | 7/9/2025 10:05:13 AM(UTC-5) | | |

**Status:** Read

**Platform:**

7/9/2025 10:05:13 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xB6D666 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮▮dtp (owner)
To: ▮▮▮▮▮▮▮▮

I mean if he's refrencing RT, then yeah, one day a week isnt enough. Im willing to meet multiple days a week but I cant do it at 8 PM on a weeknight. I get theres a war going on but until it gets to the point that Im a wanted man, I still have a job to do. I have bills to pay and mouths to feed.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ ▮▮▮ | 7/9/2025 10:05:25 AM(UTC-5) | 7/9/2025 10:05:29 AM(UTC-5) | |

**Status:** Read

**Platform:**

7/9/2025 10:05:25 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB6D4E5 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮dtp (owner)
To: ▮▮▮▮▮▮▮

I mean Im all for putting my main focus on RT. But so far all we've done is talk.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ ▮▮▮ | 7/9/2025 10:05:48 AM(UTC-5) | 7/9/2025 10:05:52 AM(UTC-5) | |

**Status:** Read

**Platform:**

7/9/2025 10:05:48 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB6D43A (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮▮▮
To: ▮▮▮▮▮ p ▮▮r)

Yeah that's why I'm more focused on SRA and actually providing training

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ dtp | 7/9/2025 10:06:30 AM(UTC-5) | | |

**Status:** Read

**Platform:**

7/9/2025 10:06:30 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB6D21B (Table: message, recipient, Size: 17166336 bytes)

# Referencing Boyfriend



From: ██████████ dtp (owner)
To: ██████████

Thats actually whats most important rn. Merc may have that training from his past but I sure dont. ████ told me I look like I barely know how to hold a gun

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ ████ | 7/9/2025 10:07:18 AM(UTC-5) | 7/9/2025 10:07:22 AM(UTC-5) | |

**Status:** Read

**Platform:**

7/9/2025 10:07:18 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB6D116 (Table: message, recipient, Size: 17166336 bytes)



From: ██████████ ██████
To: ██████████ dtp (owner)

You can't do community patrols if you don't know how to safely handle a rifle and have the infrastructure  to support it

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ dtp | 7/9/2025 10:07:33 AM(UTC-5) | | |

**Status:** Read

**Platform:**

7/9/2025 10:07:33 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x66BEE7 (Table: message, recipient, Size: 17166336 bytes)



From: ██████████ ██████
To: ██████████ dtp (owner)

100%, gotta start somewhere

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ dtp | 7/9/2025 10:08:01 AM(UTC-5) | | |

**Status:** Read

**Platform:**

**Label:** Reply

7/9/2025 10:08:01 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x66BD9C (Table: message, recipient, Size: 17166336 bytes)

From: ███████ ████
To: ███████ dtp (owner)

**And this is about defense, not offense**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ dtp | 7/9/2025 10:08:12 AM(UTC-5) | | |

**Status:** Read

**Platform:**

7/9/2025 10:08:12 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x66BCED (Table: message, recipient, Size: 17166336 bytes)



From: ███████ dtp (owner)
To: ███████ █

**For now**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ █ | 7/9/2025 4:08:43 PM(UTC-5) | 7/9/2025 4:24:44 PM(UTC-5) | |

**Status:** Read

**Platform:**

**Label:** Reply

7/9/2025 4:08:43 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x66B998 (Table: message, recipient, Size: 17166336 bytes)



From ███████ 50 ███ owner)
To: ███████ █

**Lmao im jk... unless**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ █ | 7/9/2025 4:08:53 PM(UTC-5) | 7/9/2025 4:24:44 PM(UTC-5) | |

**Status:** Read

**Platform:**

7/9/2025 4:08:53 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x66B92B (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮▮▮▮
To: ▮▮▮▮▮▮▮ dtp (owner)

Did you see the first firearm buyer's guide I posted?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ dtp | 7/9/2025 4:25:06 PM(UTC-5) | | |

**Status:** Read
**Platform:**

7/9/2025 4:25:06 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0x66B86D (Table: message, recipient, Size: 17166336 bytes)



From ▮▮▮▮ 50 ▮▮▮▮ owner)
To: ▮▮▮▮▮▮ ▮▮▮▮

Yes!

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ ▮▮▮ | 7/9/2025 4:25:13 PM(UTC-5) | 7/9/2025 4:25:17 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/9/2025 4:25:13 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x66B810 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮ ▮

Havent gotten a chance to read it yet

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ ▮▮▮ | 7/9/2025 4:25:22 PM(UTC-5) | 7/9/2025 4:25:25 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/9/2025 4:25:22 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x66B793 (Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮▮▮▮▮▮▮
**To:** ▮▮▮▮▮▮▮ dtp (owner)

## Not sure if you have read it yet

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ dtp | 7/9/2025 4:25:24 PM(UTC-5) | | |

**Status:** Read
**Platform:**

7/9/2025 4:25:24 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x66B6EC (Table: message, recipient, Size: 17166336 bytes)

**From:** ▮▮▮▮▮▮▮ dtp (owner)
**To:** ▮▮▮▮▮▮▮▮▮

I think what youre focused on is what these kinds of orgs should focus on. Mutual aid & training. Politics are a lost cause, period. And yall can really get violent without the govt coming after yall and your tax status. Now you can have real protests where you deliberately break the law. Youd have to plan in advance, provide jail support, have people willing to get arrested, etc.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮ | 7/10/2025 11:38:28 PM(UTC-5) | 7/10/2025 11:38:32 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/10/2025 11:38:28 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xBD3C79 (Table: message, recipient, Size: 17166336 bytes)

**From:** ▮▮▮▮▮▮▮ dtp (owner)
**To:** ▮▮▮▮▮▮▮▮

Like barricade some shit idk. Interrupt some shit. Annoy these goddamn facists at minimum.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮ | 7/10/2025 11:39:04 PM(UTC-5) | 7/10/2025 11:39:08 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/10/2025 11:39:04 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xBD3BC5 (Table: message, recipient, Size: 17166336 bytes)

14



From:
To: ▮▮▮ dtp (owner)

**SRA can't and shouldn't be advocating for law breaking, but why can't we have a bail fund?**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ dtp | 7/10/2025 11:39:15 PM(UTC-5) | | |

**Status:** Read

**Platform:**

7/10/2025 11:39:15 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xBD3ADC (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮
To: ▮▮▮ dtp (owner)

**There's no bail funds covering central AL**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ dtp | 7/10/2025 11:39:37 PM(UTC-5) | | |

**Status:** Read

**Platform:**

7/10/2025 11:39:38 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xBD3A28 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮
To: ▮▮▮ dtp (owner)

**Tuscaloosa or Bham**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ dtp | 7/10/2025 11:39:46 PM(UTC-5) | | |

**Status:** Read

**Platform:**

7/10/2025 11:39:46 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xBD398E (Table: message, recipient, Size: 17166336 bytes)

From: ███████████ dtp (owner)
To: ████████████

And tbh, smaller groups can accomplish more if the people in that group are actually about it.

And theres some form of protest that National DSA talked about in a security training where you deliberately do things that *could* get you arrested.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ ████ | 7/10/2025 11:40:22 PM(UTC-5) | 7/10/2025 11:40:26 PM(UTC-5) | |

**Status:** Read

**Platform:**

7/10/2025 11:40:22 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xBD3834 (Table: message, recipient, Size: 17166336 bytes)

From: ███████████ dtp (owner)
To: ████████████

Bc atp youll never catch me walking around an empty building or taking a fkn walk in a park like these libs are doing.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ ████ | 7/10/2025 11:41:02 PM(UTC-5) | 7/10/2025 11:41:06 PM(UTC-5) | |

**Status:** Read

**Platform:**

7/10/2025 11:41:02 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xBD3764 (Table: message, recipient, Size: 17166336 bytes)

From: ███████████ dtp (owner)
To: ████████████

If youre not pissing the facists off to the point where they try to stop you, theres no point in being out there. But a lot of people dont want to do that. Not everyones role in the revolution is to do that. Some people can do tech shit. We need a lot of mutual aid programs and skillsharing. Honestly that shit is so fkn important.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ ████ | 7/10/2025 11:42:21 PM(UTC-5) | 7/10/2025 11:42:25 PM(UTC-5) | |

**Status:** Read

**Platform:**

7/10/2025 11:42:21 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xBD35BE (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮▮▮ ▮▮▮▮

Raise bail funds.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ ▮▮▮ | 7/10/2025 11:42:41 PM(UTC-5) | 7/10/2025 11:42:45 PM(UTC-5) | |

**Status:** Read
**Platform:**
**Label:** Reply

7/10/2025 11:42:41 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xBD3520 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮▮ ▮▮▮▮
To: ▮▮▮▮▮▮ dtp (owner)

See a friend of mine in TN SRA and another of their members also made a good point. They do other stuff, but same group of people in every org lol

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ dtp | 7/10/2025 11:42:51 PM(UTC-5) | | |

**Status:** Read
**Platform:**

7/10/2025 11:42:51 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xBD31C0 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮▮ ▮▮▮▮
To: ▮▮▮▮▮▮ dtp (owner)

Weak point of the black panthers was 1 head, cut the head off nobody was ready to take their place

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ dtp | 7/10/2025 11:43:17 PM(UTC-5) | | |

**Status:** Read
**Platform:**

7/10/2025 11:43:17 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xBD3436 (Table: message, recipient, Size: 17166336 bytes)



From:
To: ███████ dtp (owner)

Decentralization

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ dtp | 7/10/2025 11:43:22 PM(UTC-5) | | |

**Status:** Read

**Platform:**

7/10/2025 11:43:22 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xBD339D (Table: message, recipient, Size: 17166336 bytes)



From: ████████ dtp (owner)
To: ███████████

Tbh I dont know enough about the black panthers and fr need to study up on them. They fr set a blueprint.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ █ | 7/10/2025 11:44:24 PM(UTC-5) | 7/10/2025 11:44:28 PM(UTC-5) | |

**Status:** Read

**Platform:**

7/10/2025 11:44:24 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xBD32DB (Table: message, recipient, Size: 17166336 bytes)



From: ████████████
To: ███████ p ████ r)

Yeah but they also unfortunately failed in that area too

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ dtp | 7/10/2025 11:44:46 PM(UTC-5) | | |

**Status:** Read

**Platform:**

7/10/2025 11:44:46 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xBD30FF (Table: message, recipient, Size: 17166336 bytes)



**From:**
**To:** ▮▮▮▮▮ dtp (owner)

Less shit in one org, multiple different decentralized networks

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 7/10/2025 11:45:07 PM(UTC-5) | | |

**Status:** Read
**Platform:**

7/10/2025 11:45:07 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC41E82
(Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮▮
**To:** ▮▮▮▮ dtp (owner)

The indivisible west al leadership wants to come to rev theater and wants to do stuff with SRA lol

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ dtp | 7/10/2025 11:55:11 PM(UTC-5) | | |

**Status:** Read
**Platform:**

7/10/2025 11:55:11 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB958C9 (Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮ dtp (owner)
**To:** ▮▮▮▮▮

Just lemme in a meeting and give me a fkn mic dude

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ | 7/10/2025 11:55:51 PM(UTC-5) | 7/10/2025 11:56:38 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/10/2025 11:55:51 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB9583D (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮▮▮▮ ▮▮▮▮

People arent gonna fkn like me but I'll make my point

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ ▮▮▮▮ | 7/10/2025 11:56:08 PM(UTC-5) | 7/10/2025 11:56:38 PM(UTC-5) | |

**Status:** Read

**Platform:**

7/10/2025 11:56:08 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted :
0xB95DF0 (Table: message, recipient, Size: 17166336 bytes)

From: ▮▮▮▮▮▮▮ ▮▮▮▮
To: ▮▮▮▮▮▮ dtp (owner)

**Attachments:**



Size: 113518
File name: signal-2025-07-10-235637.jpeg
signal-2025-07-10-235637.jpeg

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ dtp | 7/10/2025 11:56:38 PM(UTC-5) | | |

**Status:** Read

**Platform:**

7/10/2025 11:56:37 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xB95601 (Table: message, recipient, attachment, Size: 17166336 bytes)
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/app_parts/part6367361016878
009871.mms/part6367361016878009871.mms. :

Hey ▮▮▮▮▮▮'m looking for ideas for how all of the progressive groups can do something together soon that's big, scary, uncomfortable for us to make THEM uncomfortable. I think it's time to get in their face and take a stand. I'm not sure what that looks like, but I do know it's going to have to include a large crowd.



From: ██████████dtp (owner)
To: ████████ ♂

280 ♂

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ████████ ███ | 7/10/2025 11:57:08 PM(UTC-5) | 7/10/2025 11:57:12 PM(UTC-5) | |

**Status:** Read

**Platform:**

7/10/2025 11:57:08 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xB95597 (Table: message, recipient, Size: 17166336 bytes)



From: ██████████dtp (owner)
To: ████████

Tbh WE need to be uncomfortable

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ████████ ███ | 7/10/2025 11:57:32 PM(UTC-5) | 7/10/2025 11:57:36 PM(UTC-5) | |

**Status:** Read

**Platform:**

7/10/2025 11:57:32 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xB95520 (Table: message, recipient, Size: 17166336 bytes)



From: ██████████dtp (owner)
To: ████████

Period. In mental health, if youre not uncomfortable, youre not growing. In activism, if youre not uncomfortable, youre not doing enough.

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ████████ ███ | 7/10/2025 11:58:13 PM(UTC-5) | 7/10/2025 11:58:17 PM(UTC-5) | |

**Status:** Read

**Platform:**

7/10/2025 11:58:13 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB9543F (Table: message, recipient, Size: 17166336 bytes)



From: ████████ ████
To: ████████ dtp (owner)

So Jabari Peoples

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ dtp | 7/10/2025 11:58:14 PM(UTC-5) | | |

**Status:** Read

**Platform:**

7/10/2025 11:58:14 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xB953A5 (Table: message, recipient, Size: 17166336 bytes)



From: ████████ ████
To: ████████ dtp (owner)

Alex lives 2 min from where that happened and didn't even show to the vigil dawg, not any of the demonstrations

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ dtp | 7/10/2025 11:59:17 PM(UTC-5) | | |

**Status:** Read

**Platform:**

7/10/2025 11:59:17 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB952AC (Table: message, recipient, Size: 17166336 bytes)



From: ████████ ████
To: ████████ dtp (owner)

Like cmon dude I drove from ttown to support I get some people have different risk levels

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ dtp | 7/10/2025 11:59:56 PM(UTC-5) | | |

**Status:** Read

**Platform:**

7/10/2025 11:59:56 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB951C6 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮▮

Im still so fucking mad that I couldnt be there. I almost cried fr.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ ▮▮ | 7/11/2025 12:00:08 AM(UTC-5) | 7/11/2025 12:00:12 AM(UTC-5) | |

**Status:** Read

**Platform:**

7/11/2025 12:00:08 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB95129
(Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ ▮▮
To: ▮▮▮▮▮▮ dtp (owner)

I wish I could be at the protests

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ dtp | 7/11/2025 12:00:24 AM(UTC-5) | | |

**Status:** Read

**Platform:**

7/11/2025 12:00:25 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xB9507F (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮▮

Bro its a fucking candlelight vigil

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ ▮ | 7/11/2025 12:00:26 AM(UTC-5) | 7/11/2025 12:00:30 AM(UTC-5) | |

**Status:** Read

**Platform:**

**Label:** Reply

7/11/2025 12:00:26 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x60EDDB (Table: message, recipient, Size: 17166336 bytes)

23



**From:**
**To:** ▓▓▓▓▓ dtp (owner)

Just been working

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ dtp | 7/11/2025 12:00:29 AM(UTC-5) | | |

**Status:** Read

**Platform:**

7/11/2025 12:00:29 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0x60EECC (Table: message, recipient, Size: 17166336 bytes)



**From:** ▓▓▓▓▓ dtp (owner)
**To:** ▓▓▓▓▓

I aint marching around an empty building dude

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ | 7/11/2025 12:00:36 AM(UTC-5) | 7/11/2025 12:00:40 AM(UTC-5) | |

**Status:** Read

**Platform:**

7/11/2025 12:00:36 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x60EF65 (Table: message, recipient, Size: 17166336 bytes)

**From:** ▓▓▓▓▓ dtp (owner)
**To:** ▓▓▓▓▓

I might show up to this BLM protest bc Merc is gonna steal the mic tho

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ | 7/11/2025 12:00:51 AM(UTC-5) | 7/11/2025 12:00:55 AM(UTC-5) | |

**Status:** Read

**Platform:**

7/11/2025 12:00:51 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x60ED2B (Table: message, recipient, Size: 17166336 bytes)



From: _____ dtp (owner)
To: _____

Like fr, Ive been mad about how these protests arent even protests. BC THEY DONT ACCOMPLISH ANYTHING.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| _____ | 7/11/2025 12:01:38 AM(UTC-5) | 7/11/2025 12:01:42 AM(UTC-5) | |

**Status:** Read

**Platform:**

7/11/2025 12:01:38 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x60EC61 (Table: message, recipient, Size: 17166336 bytes)



From: _____ dtp (owner)
To: _____

Someone get a fkn farmer over here to dump manure on the governors mansion

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| _____ | 7/11/2025 12:01:55 AM(UTC-5) | 7/11/2025 12:01:59 AM(UTC-5) | |

**Status:** Read

**Platform:**

7/11/2025 12:01:55 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x60EBB2 (Table: message, recipient, Size: 17166336 bytes)



From: _____ dtp (owner)
To: _____

Set up a guillotine downtown and lock that shit in with CEMENT as an "art piece"

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| _____ | 7/11/2025 12:02:31 AM(UTC-5) | 7/11/2025 12:02:35 AM(UTC-5) | |

**Status:** Read

**Platform:**

7/11/2025 12:02:31 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x60EB08 (Table: message, recipient, Size: 17166336 bytes)



From: [redacted]
To: [redacted] dtp (owner)

We need to organize some Greta Thunberg type shit, stuff the media can't ignore

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] dtp | 7/11/2025 12:02:33 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/11/2025 12:02:34 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x60EA2E (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] 50 [redacted] owner)
To: [redacted]

Oh im all about it

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | 7/11/2025 12:02:44 AM(UTC-5) | 7/11/2025 12:02:56 AM(UTC-5) | |

**Status:** Read
**Platform:**

7/11/2025 12:02:44 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x60E9C2 (Table: message, recipient, Size: 17166336 bytes)



From: [redacted] dtp (owner)
To: [redacted]

But deadass dude, if you get their attention, you'll likely get arrested. Isreal held Greta and are still holding some of those people.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | 7/11/2025 12:03:19 AM(UTC-5) | 7/11/2025 12:15:01 AM(UTC-5) | |

**Status:** Read
**Platform:**

7/11/2025 12:03:19 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x60E8E3 (Table: message, recipient, Size: 17166336 bytes)



From: ███████ dtp (owner)
To: ███████

Its Nazi America. We can be scared but we cant let our fear shut us up. Thats what they want. Thats whole point. Little do they know Im fucking crazy.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | 7/11/2025 12:04:06 AM(UTC-5) | 7/11/2025 12:15:01 AM(UTC-5) | |

**Status:** Read

**Platform:**

7/11/2025 12:04:06 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0x60E7F3 (Table: message, recipient, Size: 17166336 bytes)



From: ███████ dtp (owner)
To: ███████

███ was tellin me In that ███ doesnt really feel comfortable at RT and I think it shows.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | 7/12/2025 10:05:26 AM(UTC-5) | 7/12/2025 10:05:33 AM(UTC-5) | |

**Status:** Read

**Platform:**

7/12/2025 10:05:26 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC9AC88 (Table: message, recipient, Size: 17166336 bytes)



From: ███████
To: ███████ p ███ r)

Valid, I'd be curious to know why

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ dtp | 7/12/2025 10:06:14 AM(UTC-5) | | |

**Status:** Read

**Platform:**

7/12/2025 10:06:14 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC9ABDC (Table: message, recipient, Size: 17166336 bytes)



From: ████████████
To: ████████ dtp (owner)

Not that ████ s feelings are invalid I just want to understand better because Merc isn't really h providing ████ much context. I'll message ████

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ dtp | 7/12/2025 10:06:59 AM(UTC-5) | | |

**Status:** Read

**Platform:**

7/12/2025 10:06:59 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC9AAC3 (Table: message, recipient, Size: 17166336 bytes)



From: ██████ 50 ████ owner)
To: ████████ ████

Id just leave it alone fr. RT is Merc's group and it isnt anything like DSA, or even SRA. Its a whole new ballgame and tbh I think a lot of us who are used to those other spaces are hitting a learning curve.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ ████ | 7/12/2025 11:04:59 AM(UTC-5) | 7/12/2025 11:05:06 AM(UTC-5) | |

**Status:** Read

**Platform:**

7/12/2025 11:04:59 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC9A746 (Table: message, recipient, Size: 17166336 bytes)



From: ████████ dtp (owner)
To: ████████ ████

Even having these conversations puts our lives on the line. I'm done with the infighting and ████ is starting that shit up. I dont think xie is doing it maliciously but either way, Im not ████ a get killed too soon bc ████ cares more about xies pronouns than our lives.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ ████ | 7/12/2025 11:41:02 AM(UTC-5) | 7/12/2025 11:41:06 AM(UTC-5) | |

**Status:** Read

**Platform:**

7/12/2025 11:41:02 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xAB93CA (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮
To: ▮▮▮▮▮▮ dtp (owner)

I asked Merc for context wasn't really getting much

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ dtp | 7/12/2025 11:41:08 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/12/2025 11:41:08 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xAB930C (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ ▮▮▮▮▮
To: ▮▮▮▮▮▮ dtp (owner)

Pipeline:

Indivisible/50501->DSA->SRA->Rev Theater->Vanguard

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ dtp | 7/12/2025 11:45:46 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/12/2025 11:45:45 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB355A2
(Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮▮

The farthest right Ill fuck with is SRA

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ ▮▮▮ | 7/12/2025 11:58:07 AM(UTC-5) | 7/12/2025 12:01:27 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/12/2025 11:58:07 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xBA7E2C (Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮▮▮▮▮▮
**To:** ▮▮▮▮▮▮▮ dtp (owner)

Fair enough

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ dtp | 7/12/2025 12:01:32 PM(UTC-5) | | |

**Status:** Read

**Platform:**

7/12/2025 12:01:31 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xBA7BAA (Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮▮▮▮ dtp (owner)
**To:** ▮▮▮▮▮▮▮▮

Just a heads up, I dont think Merc is gonna let ▮▮▮ back into RT. Tactically, ▮▮▮ disappearing for 2 weeks, not answering texts or following up on tasks, and then showing up with no explanation gives fed behavior. Now no one is saying that ▮▮▮ has been approached by the feds. I talked to ▮ and they've just been going through a rough time lately. But after a long talk, ▮ realized that ▮ was expecting to be provided mkre comfort in an evironment where our lives are on the line. Merc is willing (bc I vouched for ▮▮▮ to see if ▮ can grow to the level we need folks to be at for vangaurd. However, I dont really have high hopes. I dont think we should have to point out how serious this situation is in order for someone to understand.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ | 7/13/2025 10:31:34 AM(UTC-5) | 7/13/2025 11:24:50 AM(UTC-5) | |

**Status:** Read

**Platform:**

7/13/2025 10:31:34 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB75CA7 (Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮▮▮▮ dtp (owner)
**To:** ▮▮▮▮▮▮▮▮

Which I really hate that, but also, at this point, I dont trust ▮▮▮ to not do something that could endanger the rest of us. I think its better if ▮ focuses on SRA.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ | 7/13/2025 10:32:15 AM(UTC-5) | 7/13/2025 11:24:50 AM(UTC-5) | |

**Status:** Read

**Platform:**

7/13/2025 10:32:15 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xB75BA7 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮▮

▮▮▮ is fr a fed. I cant point to one thing exactly. But I just got weird vibes from ▮ on the phone.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ ▮ | 7/14/2025 9:49:34 PM(UTC-5) | 7/14/2025 9:53:34 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/14/2025 9:49:34 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xAABE9F (Table: message, recipient, Size: 17166336 bytes)



From ▮▮▮▮▮ ▮▮▮
To: ▮▮▮▮▮ dtp (owner)

I feel like you're reading into that one a bit too much. ▮▮▮ is just exhausted from dsa lol

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ dtp | 7/14/2025 9:54:28 PM(UTC-5) | | |

**Status:** Read
**Platform:**

7/14/2025 9:53:56 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC08602 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ ▮▮▮
To: ▮▮▮▮▮ p ▮r)

▮▮▮ also helped me assist an immigrant woman who needed help on the fly earlier today

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ dtp | 7/14/2025 9:54:28 PM(UTC-5) | | |

**Status:** Read
**Platform:**

7/14/2025 9:54:27 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC08522 (Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮▮▮dtp (owner)
**To:** ▮▮▮▮▮▮

I will hold off... for now

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ ▮▮ | 7/14/2025 9:54:54 PM(UTC-5) | 7/14/2025 9:54:58 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/14/2025 9:54:54 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xC08F1C (Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮▮dtp (owner)
**To:** ▮▮▮▮▮

I dont trust ▮▮▮ tho

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ ▮▮ | 7/14/2025 9:54:59 PM(UTC-5) | 7/14/2025 9:55:01 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/14/2025 9:54:59 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xC08DB8 (Table: message, recipient, Size: 17166336 bytes)



**From:** ▮▮▮▮▮dtp (owner)
**To:** ▮▮▮▮▮

Homie may be too autistic for RT

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ ▮▮ | 7/14/2025 10:22:50 PM(UTC-5) | 7/14/2025 10:42:38 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/14/2025 10:22:50 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xC14C5A (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮▮▮▮

Thats not ablist. I want to keep all of us safe.

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ▮▮▮▮▮▮▮▮ ▮▮▮ | 7/14/2025 10:22:59 PM(UTC-5) | 7/14/2025 10:42:38 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/14/2025 10:22:59 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted
: 0xC14BC6 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮ ▮▮▮
To: ▮▮▮▮▮▮ dtp (owner)

Now they're starting to get it

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ▮▮▮▮▮▮ dtp | 7/14/2025 10:50:56 PM(UTC-5) | | |

**Status:** Read
**Platform:**

7/14/2025 10:50:56 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.
decrypted : 0xC45DB8 (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮▮▮▮

Yeah the fact that theyre JUST starting to get it... thats a problem in & of itself

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ▮▮▮▮▮▮▮▮ ▮▮▮ | 7/15/2025 7:08:23 AM(UTC-5) | 7/15/2025 8:24:02 AM(UTC-5) | |

**Status:** Read
**Platform:**

7/15/2025 7:08:23 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC4567C (Table:
message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮▮

I was talking to Merc and I dont think he's gonna let ▮▮▮ back in unless xie seriously steps up and changes things. ▮▮▮ was saying last night t▮▮▮e wants to join DSA National to "infiltrate on the inside". ▮▮d that is never going to work.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ ▮▮ | 7/15/2025 8:38:50 AM(UTC-5) | 7/15/2025 8:39:09 AM(UTC-5) | |

**Status:** Read
**Platform:**

7/15/2025 8:38:50 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC4552A (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮ dtp (owner)
To: ▮▮▮▮▮ ▮

We were talking about hacking into nationals database and removing all member info.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ ▮▮ | 7/15/2025 8:39:05 AM(UTC-5) | 7/15/2025 8:39:09 AM(UTC-5) | |

**Status:** Read
**Platform:**

7/15/2025 8:39:05 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC4547D (Table: message, recipient, Size: 17166336 bytes)



From: ▮▮▮▮▮▮
To: ▮▮▮▮ p ▮▮r)

Not to be alarmist, but if you want to buy a firearm to protect yourself now might be a good time. Do you wanna go look at some stuff next week?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ dtp | 7/25/2025 8:08:31 AM(UTC-5) | | |

**Status:** Read
**Platform:**

7/25/2025 8:08:31 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC4495E (Table: message, recipient, Size: 17166336 bytes)



From: ███████████dto (owner)
To: ██████████████

Bro half the fucking military and veterans have mental disabilities. Trump is such a fucking moron.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ ████ | 7/25/2025 9:28:06 AM(UTC-5) | 7/25/2025 9:28:14 AM(UTC-5) | |

**Status:** Read

**Platform:**

7/25/2025 9:28:06 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC44F23 (Table: message, recipient, Size: 17166336 bytes)



From: ███████████dto (owner)
To: ██████████████

And sure thatd be great.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ ████ | 7/25/2025 9:28:10 AM(UTC-5) | 7/25/2025 9:28:14 AM(UTC-5) | |

**Status:** Read

**Platform:**

7/25/2025 9:28:10 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC448EB (Table: message, recipient, Size: 17166336 bytes)



From: ███████████dto (owner)
To: ██████████████

I could probably go Mon-Wed, after that Im gonna be dogsitting for the next 7 days.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ ████ | 7/25/2025 12:20:12 PM(UTC-5) | 7/25/2025 7:57:12 PM(UTC-5) | |

**Status:** Read

**Platform:**

7/25/2025 12:20:12 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xC44CC3 (Table: message, recipient, Size: 17166336 bytes)

From: ███████████ dtp (owner)
To: ███████████

Also, Im gonna say this bc I stand on my morals. You can disagree with Merc's organizing tactics but calling him an anarchist who's going to get people killed was taking it way too far.

The only reason this situation doesnt seem as iminant to you is because your white skin keeps you safe. That is a privilege that our black and brown comrades dont have. The same comrades who, even in their own homes, can be killed by the gang that is ICe/cops at any given moment.

I will be removing myself from SRA because of your comments. ████ also said that the black panthers would scoff at Rev Theatre. Merc worked with an was trained by the black panthers. That is literally the definition of white saviorism.

You can disagree with things but the level yall have taken it is verging on racism. And it really sucks that yall cant see that.

Also, I am an anarchist. The way you use that word gives the same energy as right wingers when they say socialist. I am not trying to attack you. I am literally being honest.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | 7/25/2025 5:57:05 PM(UTC-5) | 7/25/2025 7:57:12 PM(UTC-5) | |

**Status:** Read

**Platform:**

7/25/2025 5:57:05 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCAF570 (Table: message, recipient, Size: 17166336 bytes)

From: ███████████ dtp (owner)
To: ███████████

I love you, ██████ I have a lot of respect for you. Thats why Im saying all of this. Because you are better than that.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | 7/25/2025 5:58:29 PM(UTC-5) | 7/25/2025 7:57:12 PM(UTC-5) | |

**Status:** Read

**Platform:**

7/25/2025 5:58:29 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCAF49F (Table: message, recipient, Size: 17166336 bytes)

↰

From: ███████ ███
To: ███████ dtp (owner)

You are free to be an anarchist, you are free to disagree with me, but this is not about white saviorism. This is just an ideological difference.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ dtp | 7/25/2025 8:02:37 PM(UTC-5) | | |

**Status:** Read
**Platform:**
**Label:** Reply

7/25/2025 8:02:36 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCCFAD4 (Table: message, recipient, Size: 17166336 bytes)

🖉

From: ███████ ███
To: ███████ p ███ r)

That said, the SRA is a wide tent organization and is not a militia and does not condone or participate in any direct action. Whatever is going on with Rev Theater has nothing to do with SRA. However, I would encourage you to think about why the people's brothers did not want come to organize at rev theater. Merc is a good guy and I understand his frustration, but it is also important to recognize that doing something rash and focused on short term gains is only going to be harmful for the movement. We are focused on defense of these communities.

This also said, I think you and ███ could both lower the temperature a little bit. Throwing around accusations of racism is the type of stuff ███ does. The anarkiddy comments I also don't think are excusable. I don't mean this to compare you directly with ███ because I don't think you are consciously trying to go down that same path, but rather make you aware of the similar mistakes you might be making.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ dtp | 7/25/2025 8:07:45 PM(UTC-5) | | |

**Status:** Read
**Platform:**
**Label:** Edited

7/25/2025 8:11:10 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xD08295 (Table: message, recipient, Size: 17166336 bytes)

From: ▮▮▮▮▮▮▮▮▮▮
To: ▮▮▮▮▮▮ dtp (owner)

There is a lot more involved with revolution than just picking up a gun, and you know I'm not a vocal supporter of electoralism. I know you will make your own decisions, but be careful who you place your trust in without question. Regardless of if that's within the SRA or another space. Remember, I was in your corner fighting for you too at DSA. I will still be here.

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ▮▮▮▮▮▮ dtp | 7/25/2025 8:16:03 PM(UTC-5) | | |

**Status:** Read
**Platform:**

7/25/2025 8:16:02 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xD1FD8C (Table: message, recipient, Size: 17166336 bytes)



From ▮▮▮▮▮ 50 ▮▮▮ owner)
To: ▮▮▮▮▮▮▮ ▮▮

I stand by what I said. Telling someone who organized with BP that theyd scoff at them is fkn racist. Youre the one who led me to RT based off where my head is at.

I understand your concern. We definitely have ideaological differences. No one is saying that all a revolution takes is to pick up a gun & start shooting. And not being rude, but Im not a moron, I know I lack training. That's not a permanent issue and SRA is not the only place that can change. Id love to go shooting with you but I was never gonna get far at a range one day a month.

I think the only thing we'll be able to agree on is the revolution needs to happen. Yall can do it your way. You said yourself there are liberals in SRA leadership. That was never gonna be the place for me.

We're good. Now ▮▮▮▮ can go fuck themselves.

**Priority:** Normal    **Person 7**

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ▮▮▮▮▮▮▮ ▮▮ | 7/25/2025 9:14:03 PM(UTC-5) | 7/25/2025 9:15:27 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/25/2025 9:14:03 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xD1F459 (Table: message, recipient, Size: 17166336 bytes)