2:25-cr-00580-AMM-SGC
03/06/26 DET. HEARING
GOVT EX NO 27

...ED

2025 Mar 06 PM 05:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

From: 0505 dtp (owner)
To:

I have always been an anarchist. Stay comfy in your white privilege.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
|  | 7/25/2025 6:38:14 PM(UTC-5) | 7/25/2025 6:38:25 PM(UTC-5) |  |

Status: Read

Platform:

7/25/2025 6:38:14 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/org.thoughtcrime.securesms/databases/signal.db/signal.db.decrypted : 0xCAF128
(Table: message, recipient, Size: 17166336 bytes)