2:25-cr-00580-AMM-SGC
03/06/26 DET. HEARING
GOVT EX NO 28
2026 Mar 06 PM 3:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

(owner)
To

Honestly dude im in love with 2 fkm dudes at the same fkn time & shits hella inconvenient

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

Status: Sent

Platform:

8/26/2025 12:28:36 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x46E0896 (Table: im, Size: 74452992 bytes)