FILED

2026 Mar-24  AM 08:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LILLIAN JAYNE COLBURN, *et al.*, | ) | Case No. 2:25-cr-00580-AMM-SGC |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

This matter is before the court on unopposed motions to continue the trial setting and extend the pretrial deadlines, filed by defendants Lillian Jayne Colburn and Mercutio Southall.[1]  (Docs. 33, 34).  Coburn previously filed a waiver of her right to a speedy trial under the Speedy Trial Act.  (Doc. 21-1); 18 U.S.C. § 3161. The defendants request additional time to complete an independent investigation, consult with counsel, and negotiate with the Government.  Given defendants' need to adequately prepare and make an informed decision whether to enter a guilty plea or proceed to trial, the court finds the ends of justice served by extending the pretrial deadlines and granting a continuance outweigh the best interest of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7).

---

[1] Although this is Southall's first motion to continue, the court previously continued the case as to both defendants on Colburn's motion.  (Docs. 21, 23).

Therefore, the motions (Doc. 33, 34) are **GRANTED**, and the time from December 8, 2025, until August 14, 2026, or the date the district judge sets this matter for trial, whichever is later, is excluded from calculations under the Speedy Trial Act.  The deadline for pretrial motions is extended until **May 15, 2026**, with any response due not later than **May 22, 2026**.  The parties are **ORDERED** to notify the court on the earliest practical business day counsel are able to determine whether the case is to be placed on the consent docket or scheduled for trial but, in either case, not later than **July 24, 2026**.  Trial will be set by separate order by U.S. District Judge Anna M. Manasco.

   **DONE** this 24th day of March, 2026.

STACI  G. CORNELIUS
U.S. MAGISTRATE JUDGE