FILED
2026 Sep-23 PM 01:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cr-580-AMM-SGC** |
| | ) | |
| **LILLIAN JAYNE COLBURN** | ) | |

**MOTION FOR LEAVE TO FILE A DOCUMENT UNDER SEAL**

The United States of America moves for permission to file a document under seal. The document is confidential and should not be made public.

Respectfully submitted,

PHILLIP W. WILLIAMS JR.
United States Attorney

*/s/ W. Lee Gilmer*
W. Lee Gilmer
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 23, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system.

*/s/ W. Lee Gilmer*
W. Lee Gilmer
Assistant United States Attorney