FILED
2026 Oct-22 AM 08:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LILLIAN JAYNE COLBURN, *et al*., | ) | Case No. 2:25-cr-00580-AMM-SGC |
| | ) | |
| Defendants. | ) | |

# ORDER

This matter is before the court on unopposed motions to continue the trial setting and extend the pretrial deadlines, filed by defendants Lillian Jayne Colburn and Mercutio Southall.[1] (Docs. 47, 48). Coburn previously filed a waiver of her right to a speedy trial under the Speedy Trial Act. (Doc. 21-1); 18 U.S.C. § 3161. The defendants request additional time to consult with counsel and negotiate with the Government. Given defendants' need to adequately prepare and make an informed decision whether to enter a guilty plea or proceed to trial, the court finds the ends of justice served by extending the pretrial deadlines and granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7).

[1] This is Colburn's fourth and Southall's third request for a continuance. (*See* Docs. 21, 33, 34, 36, 37).

Therefore, the motions (Doc. 47, 48) are **GRANTED**, and the time from December 8, 2025, until February 15, 2027, or the date the district judge sets this matter for trial, whichever is later, is excluded from calculations under the Speedy Trial Act. The deadline for pretrial motions is extended until **January 22, 2027**, with any response due not later than **January 29, 2027**. The parties are **ORDERED** to notify the court on the earliest practical business day counsel are able to determine whether the case is to be placed on the consent docket or scheduled for trial but, in either case, not later than **January 22, 2027**. If necessary, trial will be set by separate order by U.S. District Judge Anna M. Manasco.

**DONE** this 21st day of October, 2026.

Staci G. Cornelius

STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE